Fill in this information to identify your case:

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____  Chapter  __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Even Stevens Sandwiches, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **90-1024682** |

4.  **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1225 E. Fort Union Blvd., Suite 200 Midvale, UT 84047** | **2030 S. 900 E. Suite A Salt Lake City, UT 84105** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Salt Lake** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)    **evenstevens.com**

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_7225_

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
| --- | --- | --- | --- | --- | --- |
| District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
| --- | --- | --- | --- | --- |
| District | | When | Case number, if known | |

**11. Why is the case filed in *this district?***

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

.    Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Even Stevens Sandwiches, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 21, 2019**
               MM / DD / YYYY

**X** **/s/ Brooks Pickering**                 **Brooks Pickering**
Signature of authorized representative of debtor       Printed name

                                        Email Address of debtor

Title    **Manager**

---

**18. Signature of attorney**

**X** **/s/ Pernell W. McGuire**        Date   **March 21, 2019**
Signature of attorney for debtor                 MM / DD / YYYY

**Pernell W. McGuire 015909**
Printed name

**Davis Miles McGuire Gardner, PLLC**
Firm name

**40 E. Rio Salado Parkway, Suite 425**
**Tempe, AZ 85281**
Number, Street, City, State & ZIP Code

Contact phone   **(480) 733-6800**      Email address   **azbankruptcy@davismiles.com**

**015909 AZ**
Bar number and State

---

Official Form 201       Voluntary Petition for Non-Individuals Filing for Bankruptcy       page 4

| | |
|---|---|
| Debtor name | **Even Stevens Sandwiches, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Automatic Data Processing<br>One ADP Boulevard<br>Roseland, NJ 07068** | | **Goods and services** | | | | $189,169.69 |
| **Bill Baer<br>9705 Moss Rose Circle<br>Highland Ranch, CO 80219** | | **Convertible Note** | | $339,000.00 | $0.00 | $339,000.00 |
| **Brian & Bentley Schoening** | | **Convertible Note** | | $116,903.22 | $0.00 | $116,903.22 |
| **Byron Andrew Brown<br>6812 Silver Saddle Rd.<br>Fort Worth, TX 76126** | | **Convertible Note** | | $438,700.00 | $0.00 | $438,700.00 |
| **Daniel Bickel & Alexandra Cristescu<br>16455 NE 85th Street Suite 101<br>Redmond, WA 98052** | | **loan** | | | | $125,000.00 |
| **Drive Marketing<br>8689 South 700 West<br>Sandy, UT 84070** | | **Goods and services** | | | | $121,068.80 |
| **Edward Wagner<br>17383 Sunset Blvd, STE A230<br>attn: Personal<br>Pacific Palisades, CA 90272** | | **Convertible Note** | | $224,000.00 | $0.00 | $224,000.00 |
| **Floyd Arthur Petty<br>8638 Moorland Ln.<br>Colorado Springs, CO 80927** | | **Convertible Note** | | $113,000.00 | $0.00 | $113,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| John Quinn 8486 Benicasim Ct Las Vegas, NV 89178 | | loan | | | | $125,000.00 |
| Les B. Cohen 15000 7th St. STE 102 Victorville, CA 92395 | | Convertible Note | | $113,000.00 | $0.00 | $113,000.00 |
| Madison Trust Company FBO Robbie Mathews 21 Robert Pitt Dr. Monsey, NY 10952 | | Convertible Note | | $113,000.00 | $0.00 | $113,000.00 |
| Madison Trust Company FBO Kevin Williams 21 Robert Pitt Dr. Monsey, NY 10952 | | convertible note | | $113,000.00 | $0.00 | $113,000.00 |
| Madison Trust Company FBO Peter Maricich 21 Robert Pitt Dr. Monsey, NY 10952 | | Convertible Note | | $226,000.00 | $0.00 | $226,000.00 |
| Micah Bickel 7109 Greenwood Avenue N. Seattle, WA 98103 | | loan | | | | $125,000.00 |
| Mickey Lynn Turner 16 Glen Iris Park Birmingham, AL 35205 | | Convertible Note | | $113,000.00 | $0.00 | $113,000.00 |
| Rexford Enterprise LP 267 2nd Ave Salt Lake City, UT 84103 | | Convertible Note | | $207,000.00 | $0.00 | $207,000.00 |
| Samson Exchange 2601 Blanding Ave, C307 Alameda, CA 94501 | | Convertible note | | $226,000.00 | $0.00 | $226,000.00 |
| Suzanne Down 2130 Arthur Street Klamath Falls, OR 97603 | | Convertible Note | | $113,000.00 | $0.00 | $113,000.00 |
| The Randall & Cynthia Snow Family Trust PO Box 11670 Olympia, WA 98508 | | unsecured loan | | | | $115,000.00 |
| Trevor Tsuchikawa 7157 171st Ave SE Bellevue, WA 98006 | | Loan | | | | $125,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Even Stevens Sandwiches, LLC -

7SHIFTS
#200-701 BROADWAY AVE.
SASKATCHEWAN, CANADA S7N 1B3

90.0FM KRCL
1971 W. NORTH TEMPLE
SALT LAKE CITY UT 84116

AARON & JILL SAUER
102 N. WILHELM AVE
ELLINWOOD KS 67526

ADAM FUSCO
168 N. VICTOR WAY
CROSSVILLE TN 38555

AL TRIPAM
6638 MAJESTIC DRIVE
FORT COLLINS CO 80528

ALLEN & NANCY WALTERS
8965 BIG CANNON PLACE
GREENWOOD VILLAGE CO 80111

ALLY FINANCIAL
200 RENAISSANCE COURT
DETROIT MI 48243

AMERI-ASIAN
2601 BLANDING AVE, C307
ALAMEDA CA 94501

AMY SAYAMA, TRUSTEE OF THE AMY SAYAMA
TRUST DATED MAY 11, 2016
25575 ARAGON WAY
YORBA LINDA CA 92887

ANNE MCCARTNEY
6761 MARSHALL ST.
FORT HOOD TX 76544

ANTHONY SHARBER
PO BOX 1759
GLEN ROSE TX 76043

Even Stevens Sandwiches, LLC -


ARIZONA DEPARTMENT OF REVENUE
C/O TAX, BANKRUPTCY AND COLLECTION SEC.
2005 NORTH CENTRAL AVENUE
PHOENIX AZ 85004-1592


AUTOMATIC DATA PROCESSING
ONE ADP BOULEVARD
ROSELAND NJ 07068


BENEFITS ADMINISTRATION


BETSY STUMMER
3231-13TH ST
KENOSHA WI 53144


BETTYE TAYLOR
PO BOX 14276
AUSTIN TX 78761


BIG RED JELLY LLC
1500 TECHNOLOGY WAY, BLDG. D
OREM UT 84097


BILL BAER
9705 MOSS ROSE CIRCLE
HIGHLAND RANCH CO 80219


BLUEFIN
PO BOX 1960
CLEARFIELD UT 84089-1960


BRAD JOHNSON
5820 S. TULCATE WOODS LANE
SALT LAKE CITY UT 84121


BRENT D. PULLEY, DMD, LTD.
1442 E CHANDLER BLVD STE 110
PHOENIX AZ 85048


BRIAN & BENTLEY SCHOENING

Even Stevens Sandwiches, LLC -

BRIAN & BENTLEY SCHOENING
322 N SAINT ASAPH STREET
ALEXANDRIA VA 22314

BROADWAY MEDIA
50 W BROADWAY, SUITE 200
SEATTLE WA 98119

BRUCE BAUMAN & LEIGH SCHNAIDT
1319 W. CAROLINE LANE
TEMPE AZ 85284

BYRON ANDREW BROWN
6812 SILVER SADDLE RD.
FORT WORTH TX 76126

CAPROCK HOSPITALITY GROUP
4890 ALPHA ROAD, SUITE 200
DALLAS TX 75244

CHOWLY
444 N. MICHIGAN AVE., SUITE 650
CHICAGO IL 60611

CHRYSLER CAPITAL
BANKRPUTCY DEPARTMENT
5201 RUFE SNOW DRIVE, SUITE 400
NORTH RICHLAND HILLS TX 76180

CIELKA INVESTMENTS, LLC
C/O GERRI SUMME
9503 WHEATLAND AVE
SUNLAND CA 91040

CINTAS CORPORATION
800 CINTAS BOULEVARD, PO BOX 625737
CINCINNATI OH 45262-5737

CITIZEN'S ONE AUTO FINANCE
P.O. BOX 42113
PROVIDENCE RI 02940-2113

Even Stevens Sandwiches, LLC -

COLORADO DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY UNIT
PO BOX 17087
DENVER CO 80217

COMCAST
ONE COMCAST CENTER
PHILADELPHIA PA 19103

DANIEL BICKEL & ALEXANDRA CRISTESCU
16455 NE 85TH STREET SUITE 101
REDMOND WA 98052

DANIEL COUPLAND & DEBBY STIMMLER
3240 BRITTAN AVE
SAN CARLOS CA 94070

DAVID ARTHUR & SUZANNE SHAY
8846 NE 161ST PLACE
KENMORE WA 98028

DAVID KIM LY
3019 ROSSMORE WAY
SAN JOSE CA 95148

DEBORAH SEAL
850 SANDS LANE
CAMANO ISLAND WA 98282

DESIGN BLUE
947 SW BROADWAY
PORTLAND OR 97205

DOCUMART
1615 W 2200 S , STE C
SALT LAKE CITY UT 84119

DOMINION ENERGY

DOORDASH, INC.
901 MARKET STREET, SUITE 600
SAN FRANCISCO CA 94103

Even Stevens Sandwiches, LLC -


DOUG AND DONNA KRUMEL
316 PARADISE HILLS
NEW BRAUNFELS TX 78132


DRIVE MARKETING
8689 SOUTH 700 WEST
SANDY UT 84070


DRMH, LLC
PO BOX 65727
SALT LAKE CITY UT 84165


ECOLAB, INC.
24198 NETWORK PLACE
CHICAGO IL 60673-1241


EDWARD WAGNER
17383 SUNSET BLVD, STE A230
ATTN: PERSONAL
PACIFIC PALISADES CA 90272


ERIC RAWLIN
2019 WEST 1900 SOUTH #100
SYRACUSE UT 84075


ESBE STRATEGIC PARTNER, INC.
2198 COUNTRY COVE COURT
LAS VEGAS NV 89135


EXECUTECH
1314 WEST 11400 SOUTH, SUITE 200
SOUTH JORDAN UT 84095


FLOYD ARTHUR PETTY
8638 MOORLAND LN.
COLORADO SPRINGS CO 80927


FORREST ANDERSON PLUMBING
17225 N. 63RD AVENUE
GLENDALE AZ 85308-3715


FREEMAN LOVELL, PLLC
9980 S 300 W, STE 200
SANDY UT 84070

Even Stevens Sandwiches, LLC -

GERARD AND JANEL TIMMINS
3555 HAY CREEK RD.
COLORADO SPRINGS CO 80921


GLOBAL UPRISING
74 S MAIN ST
SALT LAKE CITY UT 84101


GREGG TALBERT LLC 401K PLAN TRUST
7314 SOUTH DOWNING CIRCLE WEST
WEST CENTENNIAL CO 80122


HIRSCHI BAER & CLAYTON, PLLC
136 E SOUTH TEMPLE
SALT LAKE CITY UT 84111


HOA DUONG
4420 RED MAPLE COURT
CONCORD CA 94521


IDAHO TAX COMMISSION
P.O. BOX 36
BOISE ID 83722


INCENTIVIO
19 CROSBY DRIVE, SUITE 160
BEDFORD MA 01730


INTERNAL REVENUE SERVICE
BANKRUPTCY AND COLLECTION ENFORCEMENT
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


IRA SERVICES TRUST COMPANY FBO
CONNIE WALTZ ZDRAZIL IRA
1160 INDUSTRIAL AVE, STE 1
SAN CARLOS CA 94070


IRA SERVICES TRUST COMPANY FBO
DEBORAH MORRIS IRA
1160 INDUSTRIAL AVE, STE 1
SAN CARLOS CA 94070

Even Stevens Sandwiches, LLC -

IRA SERVICES TRUST COMPANY FBO
FLOYD PETTY IRA
CONNIE
SAN CARLOS CA 94070

IRA SERVICES TRUST COMPANY FBO
MAHNAZ SHARIFI IRA
CONNIE
SAN CARLOS CA 94070

IRA SERVICES TRUST COMPANY FBO
FLOYD PETTY IRA
1160 INDUSTRIAL AVE, STE 1
SAN CARLOS CA 94070

IRA SERVICES TRUST COMPANY FBO CONNIE
WALTZ ZDRAZIL IRA
1160 INDUSTRIAL AVE, STE 1
SAN CARLOS CA 94070

JANINE R. TROTTIER
5925 FOREST LANE SUITE 130
DALLAS TX 75230

JEANNE BAYLESS
250 BELTWAY NORTH
ABILENE TX 79601

JEFF LEINASSAR
89853 MANION DR.
WARRENTON OR 97146

JEREMY WELCH
14435 SE 19TH PLACE
BELLEVUE WA 98007

JERI CHILDS
955 E NEW HOPE DRIVE
DRAPER UT 84020

JIM AND KIMBERLY GILLAND
1065 NORTH 2125 EAST
LAYTON UT 84040

Even Stevens Sandwiches, LLC -

JOHN & SUSAN THOEBALD
10140 SE 55TH STREET
OKLAHOMA CITY OK 73150

JOHN BLAKELY
8553 N BEACH ST #112
KELLER TX 76244

JOHN DAVIS
10468 CHEETAH WINDS
LITTLETON CO 80124

JOHN QUINN
8486 BENICASIM CT
LAS VEGAS NV 89178

JOHN SUTO AND BILLIE KASKA-SUTO
81814 REAVIS LANE
ENTERPRISE OR 97828

JOSEPH AND ELAIN MULREAN
PO BOX 12053
OLYMPIA WA 98508

JULIE B YOUNG
10 WARRENS WAY
BELVEDERE TIBURON CA 94920

K&D INVESTMENTS
3646 CALICO BROOK COURT
LAS VEGAS NV 89147

KAREN BIGGERSTAFF
14342 HILL PRINCE STREET
SAN ANTONIO TX 78248

KEITH ALEXANDER
12719 SHERIDAN ROAD
PLEASANT PRAIRIE WI 53158

KELLI WHITEHALL
10468 CHEETAH WINDS
LITTLETON CO 80124

Even Stevens Sandwiches, LLC -

KEVIN TERRY
3010 C 63RD AVE SOUTHWEST
SEATTLE WA 98116

KIMBERLY JOHNSTON
1582 BLUEMONT CIRCLE
SALT LAKE CITY UT 84123

KRCL

LAMAR TEXAS LIMITED PARTNERSHIP
P O BOX 96030
BATON ROUGE LA 70896

LCP 30TH LLC
2150 W 29TH AVE, SUITE 410
DENVER CO 80211

LES B. COHEN
15000 7TH ST. STE 102
VICTORVILLE CA 92395

LEVELUP
ONE FEDERAL STREET, 6TH FLOOR
BOSTON MA 02110

LONEPEAK VALUATION GROUP
36 SOUTH STATE STREET, SUITE 500
SALT LAKE CITY UT 84111

MADISON TRUST COMPANY FBO
BENJAMIN CHANG
21 ROBERT PITT DR.
MONSEY NY 10952

MADISON TRUST COMPANY FBO
KEVIN WILLIAMS
21 ROBERT PITT DR.
MONSEY NY 10952

MADISON TRUST COMPANY FBO
PETER MARICICH
21 ROBERT PITT DR.
MONSEY NY 10952

Even Stevens Sandwiches, LLC -


MADISON TRUST COMPANY FBO
ROBBIE MATHEWS
21 ROBERT PITT DR.
MONSEY NY 10952


MADISON TRUST COMPANY FBO
RANDY LEE HEIBEL
21 ROBERT PITT DR.
MONSEY NY 10952


MADISON TRUST COMPANY FBO
CYNTHIA HEIBEL
21 ROBERT PITT DR.
MONSEY NY 10952


MADISON TRUST COMPANY FBO
ANTHONY SHARBER
21 ROBERT PITT DR.
MONSEY NY 10952


MADISON TRUST COMPANY FBO AMY YAO
21 ROBERT PITT DR.
MONSEY NY 10952


MANSOUR AHANGARZADEH
803 WASHINGTON DRIVE
ATTN: PERSONAL
ARLINGTON TX 76011


MARK & COLLEEN MALTERUD
4481 FAWN RIDGE TR.
EAGAN MN 55123


MCMINNVILLE WATER & LIGHT
PO BOX 638
MCMINNVILLE OR 97128


MICAH BICKEL
7109 GREENWOOD AVENUE N.
SEATTLE WA 98103


MICHAEL GAGNON
P.O. BOX 1106
OAK FOREST IL 60452

Even Stevens Sandwiches, LLC -

MICKEY LYNN TURNER
16 GLEN IRIS PARK
BIRMINGHAM AL 35205

MIKE SANDERSON
1900 MCKINNEY AVE #2302
DALLAS TX 75201

MUTUAL OF ENUMCLAW INS. CO.
1460 WELLS ST
ENUMCLAW WA 98022

NEW YORK LIFE INSURANCE
28317 NETWORK PLACE
CHICAGO IL 60673

NOBLE DISTRIBUTING
PO BOX 1289
DRAPER UT 84020

NUTRITIONAL INFORMATION SERVICES
PO BOX 892
FAIRFAX VA 22038

OREGON DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY UNIT
955 CENTER NE #353
SALEM OR 97301-2555

PACKMAN & ASSOCIATES
25935 SW STAFFORD RD
WILSONVILLE OR 97070

PARR BROWN GEE & LOVELESS
101 SOUTH 200 EAST, SUITE 700
SALT LAKE CITY UT 84111

PATRICK AND SHAREE HOWARD
1017 187TH PL SW
LYNNWOOD WA 98036

PAYCOM PAYROLL, LLC
7501 W. MEMORIAL RD.
OKLAHOMA CITY OK 73142

Even Stevens Sandwiches, LLC -

PETER MARICICH
19636 SE 220TH
RENTON WA 98058

PIMA COUNTY TREASURER
115 N. CHURCH AVENUE
TUCSON AZ 85701

RANDY AND CARLENE MANTZ
PO BOX 33025
RENO NV 89533

RAY QUINNEY & NEBEKER
PO BOX 45385
SALT LAKE CITY UT 84145

RESTAURANT NEWS
P.O.BOX 16688
NORTH HOLLYWOOD CA 91615

REXFORD ENTERPRISE LP
267 2ND AVE
SALT LAKE CITY UT 84103

RICHARD P. MILLER
1340 SE PRISCILLA LANE
GRANTS PASS OR 97526

RICHARDSON RP PROPERTY LLC
C/P HERMANSEN LAND DEVELOPMENT
5944 LURTHER LN. STE 725
DALLAS TX 75225

ROBERT S. KRUEGER IRA ROLLOVER
1601 SHERMAN AVE #400
EVANSTON IL 60201

ROCKY MOUNTAIN POWER
1407 W. NORTH TEMPLE
SALT LAKE CITY UT 84116

SALT LAKE AREA RESTAURANT ASSOCIATION
P.O. BOX 3442
SALT LAKE CITY UT 84110

Even Stevens Sandwiches, LLC -

SALT LAKE CHAMBER
175 EAST 400 SOUTH, SUITE 600
SALT LAKE CITY UT 84111

SAMSON EXCHANGE
2601 BLANDING AVE, C307
ALAMEDA CA 94501

SARA TRUONG
2309 NORIEGA STREET #98
SAN FRANCISCO CA 94122

SKYMAIL INTERNATIONAL INC.
1476 S 3600 W
SALT LAKE CITY UT 84104

SOUTH SALT LAKE STORAGE, LLC
3202 S. 460 W.
SALT LAKE CITY UT 84115

STANDARD RESTAURANT SUPPLY
879 S 4400 W
SALT LAKE CITY UT 84104

STEVE AND NANCY AUGUSTINE
16204 TALAVERA DE AVILA
TAMPA FL 33613

STEVEN BURKE
8410 MT. NIDO DRIVE
LAS VEGAS NV 89147

STOLLER FAMILY ESTATE
16161 NE MCDOUGALL RD.
DAYTON OR 97114

STRATEGIC TECHNOLOGY
1103 S. OREM BLVD.
OREM UT 84058

SUGAR HOUSE ARCHIVES & SHRED, LLC
450 EAST 2200 SOUTH
SALT LAKE CITY UT 84115

Even Stevens Sandwiches, LLC -

SUNSHINE BIZ SERVICES
5379 LYONS RD 452
POMPANO BEACH FL 33073

SUPER TOP SECRET LLC
244 SOUTH EDISON
SALT LAKE CITY UT 84111

SUPERIOR LOCKSMITH INC.
7679 S REDWOOD RD
WEST JORDAN UT 84084

SUPERIOR ROOFING & SHEET METAL
3405 S 500 W
SALT LAKE CITY UT 84115

SUZANNE DOWN
2130 ARTHUR STREET
KLAMATH FALLS OR 97603

SYSCO INTERMOUNTAIN INC.
9494 SOUTH PROSPERITY RD.
WEST JORDAN UT 84081

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNT DIV.- BANKRUPTCY SECTION
PO BOX 13528 CAPITAL STATION
AUSTIN TX 78711

THE BERNSTEIN GROUP INC.
PO BOX 15755
SCOTTSDALE AZ 85267

THE DEDUBOVAY FAMILY TRUST
4221 CALHOUN DRIVE
HUNTINGTON BEACH CA 92649

THE FALL EVENT CENTER, LLC
9067 SOUTH 1300 WEST, SUITE 301
WEST JORDAN UT 84084

THE RANDALL & CYNTHIA SNOW FAMILY TRUST
PO BOX 11670
OLYMPIA WA 98508

Even Stevens Sandwiches, LLC -


TODD ANTOVICH
12247 WATERSONG LN.
WILTON CA 95693


TRAVELERS INSURANCE


TREVOR TSUCHIKAWA
7157 171ST AVE SE
BELLEVUE WA 98006


TRIARC ARCHITECTURE & DESIGN
1934 E CAMELBACK RD, SUITE 200
PHOENIX AZ 85016


TRIPLE M ELECTRIC
240 WEST JUNIPER AVENUE, SUITE 1007
GILBERT AZ 85233


TUCSON EXPEDITING AND DEVELOPMENT LLC
2030 E SPEEDWAY BLVD, #110
TUCSON AZ 85719


UTAH RESTAURANT ASSOCIATION


UTAH TAX COMMISSION
210 N. 1950 WEST
ATTN: BANKRUPTCY UNIT
SALT LAKE CITY UT 84134


VAN H. VUONG & CINDY H. CHOU
14349 SE 92ND ST.
RENTON WA 98059


VERIZON WIRELESS
BANKRUPTCY DEPARTMENT
P.O. BOX 660108
DALLAS TX 75266-0108


VISUALDRAFT
950 SOUTH 200 WEST, SUITE 203
SALT LAKE CITY UT 84101

Even Stevens Sandwiches, LLC -

WALLY AND ELIZABETH CARTER
812 PINOAK LANE
ARLINGTON TX 76012

WASHINTON STATE OFFICE OF THE ATTY GEN.
ATTN: BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVENUE, SUITE 2000
SEATTLE WA 98104

WELLS FARGO DEALER SERVICES
P.O. BOX 25341
SANTA ANA CA 92799-5341

WHITEROCK ELECTRIC
290 E. 2150 N.
LAYTON UT 84041

WILLIAM BAER
9705 MOSS ROSS CIRCLE
DENVER CO 80219

WILLIAM C. SCHLUTER
11608 CONCORD VILLAGE AVE
SAINT LOUIS MO 63128

WP ENGINE
504 LAVACA STREET, SUITE 1000
AUSTIN TX 78701

YELP

# United States Bankruptcy Court
### District of Arizona

In re   **Even Stevens Sandwiches, LLC**
           Debtor(s)

Case No.
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Even Stevens Sandwiches, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 21, 2019**
Date

**/s/ Pernell W. McGuire**
**Pernell W. McGuire 015909**
Signature of Attorney or Litigant
Counsel for   **Even Stevens Sandwiches, LLC**
**Davis Miles McGuire Gardner, PLLC**
**40 E. Rio Salado Parkway, Suite 425**
**Tempe, AZ 85281**
**(480) 733-6800 Fax:(480) 733-3748**
**azbankruptcy@davismiles.com**