**SO ORDERED.**

**Dated: March 22, 2019**

_Daniel P. Collins_
**Daniel P. Collins, Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>EVEN STEVENS ARIZONA, LLC,<br><br>                   Debtor. | In Chapter 11 Proceedings<br><br>Case No.: 2:19-bk-03235-DPC |
| In re:<br><br>EVEN STEVENS SANDWICHES, LLC,<br><br>                   Debtor. | Case No.: 2:19-bk-03236-PS |
| In re:<br><br>EVEN STEVENS UTAH, LLC,<br><br>                   Debtor. | Case No.: 2:19-bk-03237-MCW |
| In re:<br><br>EVEN STEVENS IDAHO, LLC<br><br>                   Debtor. | Case No.: 2:19-bk-03239-BKM<br><br>**ORDER GRANTING *EX PARTE* MOTION FOR AN ORDER AUTHORIZING AND DIRECTING (1) JOINT ADMINISTRATION; (2) TRANSFER OF ASSIGNMENT OF CASE TO ONE JUDGE; AND (3) USE OF A CONSOLIDATED CAPTION** |

1

Case 2:19-bk-03236-DPC    Doc 9    Filed 03/22/19    Entered 03/22/19 15:21:52    Desc
Main Document    Page 1 of 3

The Court having considered Debtors' Motion and good cause appearing, **IT IS HEREBY ORDERED THAT:**

1. Pursuant to Bankruptcy Rule 1015(b), the above-captioned cases are hereby consolidated for procedural purposes only, transferred to the Honorable Daniel Collins, and shall be jointly administered by this Court.

2. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

3. The caption of the Debtors' jointly-administered cases shall read as follows:

| In re: | Case No. 2:19-bk-03235-DPC |
|---|---|
| EVEN STEVENS ARIZONA, LLC, *et al.,* | Chapter 11 |
| Debtors. | (Jointly Administered) |
|  | [TITLE] |
| This filing applies to:<br>☐ All Debtors<br>☐ Specified Debtors |  |

4. A docket entry shall be made in the chapter 11 cases that are being jointly administered with this case substantially as follows:

> An Order has been entered in this case directing the joint administration of Case Nos. 2:19-bk-03235, 2:19-k-03236, 2:19-bk-03237, and 2:19-bk-03239. The docket in Case No. 2:19-bk-03235 should be consulted for all matters affecting these cases.

2

Case 2:19-bk-03236-DPC   Doc 9   Filed 03/22/19   Entered 03/22/19 15:21:52   Desc
Main Document    Page 2 of 3

5. Debtors are authorized to use a combined service list for the jointly administered cases and combined notices shall be sent to creditors of the debtors' estates.

**SIGNED AND DATED ABOVE**

3