# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | EVEN STEVENS SANDWICHES, LLC |
| **Case Number:** | 2:19-BK-03236-DPC    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, NOVEMBER 04, 2019 10:00 AM    6TH FLOOR #603 |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## Matter:

CONTINUED HEARING ON MOTION FOR RELIEF FROM STAY BS PROPERTY, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY REGARDING LEASE OF REAL PROPERTY FILED BY SCOTT B. COHEN OF ENGELMAN BERGER, P.C. ON BEHALF OF BS PROPERTY, LLC.

R / M #: 32 / 0

**VACATED:** HEARING VACATED: Stipulated ORDER Granting BS Property LLC's Motion for Relief from the Automatic Stay Regarding Lease of Real Property and Related Relief signed on 10/16/2019 (related document(s)195

## Appearances:

NONE

## Proceedings:

VACATED: HEARING VACATED: Stipulated ORDER Granting BS Property LLC's Motion for Relief from the Automatic Stay Regarding Lease of Real Property and Related Relief signed on 10/16/2019 (related document(s)195

Page 1 of 1

Case 2:19-bk-03236-DPC    Doc 213    Filed 11/04/19    Entered 11/04/19 09:23:02    Desc
Main Document    Page 1 of 1      11/04/2019    9:22:52AM