Benjamin W. Reeves (#025708)
Emily Gildar Wagner (#028811)
**SNELL & WILMER L.L.P.**
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
E-mail:  breeves@swlaw.com
         ewagner@swlaw.com
*Attorneys for the Official Committee of Unsecured Creditors*

Pernell McGuire
**DAVIS MILES MCGUIRE GARDNER**
40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Telephone: (480) 344-0940
Facsimile: (480) 733-3748
E-mail:  pmcguire@davismiles.com
*Attorneys for the Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>EVEN STEVENS SANDWICHES, LLC, *et al.*,<br><br>                    Debtors. | Proceedings Under Chapter 11<br><br>Case No. 2:19-bk-03236-DPC<br><br>(Jointly Administered)<br><br>**ORDER APPOINTING EXAMINER** |
| This Filing Applies to:<br><br>☒ All Debtors<br><br>☐ Specified Debtors: | |

The Court, upon consideration of the *Stipulation to Appoint Examiner* (the "Stipulation") filed by the Official Committee of Unsecured Creditors (the "UCC") and Even Stevens Sandwiches, LLC, Even Stevens Utah, LLC, Even Stevens Idaho, LLC, and

Even Stevens Washington, LLC (collectively, the "Debtors"), for good cause appearing, the Court Orders as follows:

**IT IS HEREBY ORDERED** that the Stipulation is approved, accepted, and granted.

**IT IS FURTHER ORDERED** that the appointment of an examiner under 11 U.S.C. § 1104(c) is warranted.

**IT IS FURTHER ORDERED** that the "United States trustee, after consultation with parties in interest, shall appoint, subject to the court's approval, one disinterested person other than the United States trustee to serve as trustee or examiner, as the case may be, in the case." *See* 11 U.S.C. § 1104(d). The United States trustee is directed to appoint such a person (the "Examiner") as expeditiously as reasonably possible.

**IT IS FURTHER ORDERED** that the scope of the Examiner's role is "to conduct such an investigation of the debtor as is appropriate, including an investigation of any allegations of fraud, dishonesty, incompetence, misconduct, mismanagement, or irregularity in the management of the affairs of the debtor of or by current or former management of the debtor." *See* 11 U.S.C. § 1104(c). More specifically, the scope of the Examiner's role will also include, but not be limited to, investigation of the following, as set forth under Section 1104(c) of the Bankruptcy Code:

1.      The identification and estimated value of the Debtors' assets;

2.      The identification and estimated amount of the Debtors' scheduled liabilities and the claims made against Debtors' estates in the bankruptcy cases;

3.      The feasibility and economic reasonableness of the plan (as may be amended from time to time) filed by the Debtors;

4.      Any post-petition gross mismanagement of the Debtors;

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

5.      Distributions the Debtors or others on behalf of the Debtors have taken or received on account of any entities the Debtors have an interest in for the last four (4) years;

6.      Any assets or properties that the Debtors have concealed, transferred, conveyed, encumbered or hypothecated which may be avoidable under the avoidance provisions of the United States Bankruptcy Code or applicable state law; and

7.      The identification of any claims or causes of action that the Debtors' estates may have against any person or entity for harm caused to the Debtors either pre- or post-petition.

**So Ordered.**

Dated and signed above.

4828-4858-5643