# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry

*Hearing Information:*

    **Debtor:** EVEN STEVENS SANDWICHES, LLC
    **Case Number:** 2:19-BK-03236-DPC      **Chapter:** 11
    **Date / Time / Room:** THURSDAY, NOVEMBER 07, 2019 09:00 AM   6TH FLOOR #603
    **Bankruptcy Judge:** DANIEL P. COLLINS
    **Courtroom Clerk:**
    **Reporter / ECR:** N/A

*Matter:*

    EVIDENTIARY HEARING on Motion to Appoint Trustee for Even Stevens Sandwiches, LLC, Even Stevens Utah, LLC, Even Stevens Idaho, LLC and Even Stevens Washington, LLC (Redocketed from 19-3235) filed by BENJAMIN WILLIAM REEVES of SNELL & WILMER LLP on behalf of Official Committee of Unsecured Creditors
    **R / M #:** 64 / 0

    **VACATED:** HEARING VACATED: Stipulation and Order to Appoint Examiner

*Appearances:*

    NONE

*Proceedings:*

    HEARING VACATED: Stipulation and Order to Appoint Examiner