ILENE J. LASHINSKY (AZ #3073)
United States Trustee
District of Arizona

JENNIFER A. GIAIMO (NY #2520005)
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Telephone: (602) 682-2600
Facsimile: (602) 514-7270
Email: Jennifer.A.Giaimo@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: <br><br> EVEN STEVENS SANDWICHES, LLC *et al.*, <br><br> This filing applies to : <br> _X_ All debtors <br> __ Specified debtors <br><br><br><br> Debtors. | Chapter 11 <br><br> Jointly Administered Under No. 2:19-bk-03236-DPC <br><br><br> **APPLICATION FOR ORDER APPROVING APPOINTMENT OF EXAMINER** |

The United States Trustee for the District of Arizona ("UST") hereby applies to the Court pursuant to Fed. R. Bankr. P. 2007.1 for an Order Approving the Appointment of Lynton Kotzin as an examiner in the above captioned cases, and in support thereof, states:

1. On November 4, 2019, the Court entered an order approving the appointment of an examiner pursuant to the stipulation to appoint examiner filed

at Docket Entry #214. The Court's order directed the United States Trustee to select an examiner for appointment in this case. *See* Docket Entry #216.

2. The scope of the examiner's role is to:

   a. Identify and estimate the value of the Debtors; assets;

   b. Identify and estimate the amount of the Debtors' liabilities and claims against the Debtors';

   c. Investigate and determine the feasibility and economic reasonableness of the plan;

   d. Investigate post-petition gross mismanagement of the Debtors;

   e. Investigate distributions taken from the Debtors during the last four (4) years;

   f. Investigate any assets or properties that the Debtors have concealed, transferred, conveyed, encumbered, or hypothecated, which may be avoidable under the avoidance provisions of the United States Bankruptcy Code; and

   g. Identify any claims or causes of action that the Debtors may have against any person or entity for harm caused to the Debtors either pre- or post-petition.

3. The examiner shall file a report with the Court detailing his findings.

4. The United States Trustee has selected Lynton Kotzin for appointment as the examiner in this case.

5. The United States Trustee consulted with counsel for the Debtor and counsel for the Unsecured Creditors Committee regarding this appointment.

6. To the best of the Applicant's knowledge, Mr. Kotzin's connections with the Debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee are limited to the connections set forth in Mr. Kotzin's Verified Statement filed contemporaneously herewith.

WHEREFORE, the United States Trustee requests that the Court enter an Order Approving the Appointment of Lynton Kotzin as examiner in the above-captioned case.

A form of such Order is being uploaded contemporaneously herewith for the Court's review and signature.

RESPECTFULLY SUBMITTED this 12th day of November, 2019.

                        ILENE J. LASHINSKY
                        United States Trustee
                        District of Arizona

                        /s/ JAG (NY #2520005)
                        _____
                        JENNIFER A. GIAIMO
                        Trial Attorney

# CERTIFICATE OF SERVICE

This is to certify that on the 12th day of November, 2019, a copy of the foregoing was served on the following counsel of record by electronically mailing the same to the email addresses listed below:

M. PRESTON GARDNER
DAVIS MILES MCGUIRE GARDNER PLLC
40 E. RIO SALADO PKWY, #425
TEMPE, AZ 85281
Email: pgardner@davismiles.com

PERNELL W. MCGUIRE
DAVIS MILES MCGUIRE GARDNER, PLLC
40 E RIO SALADO PARKWAY
STE 425
TEMPE, AZ 85281
Email: pmcguire@davismiles.com

BENJAMIN WILLIAM REEVES
SNELL & WILMER LLP
ONE ARIZONA CENTER
400 E VAN BUREN ST
PHOENIX, AZ 85004-2202
Email: breeves@swlaw.com

EMILY GILDAR WAGNER
SNELL & WILMER, LLP
400 E. VAN BUREN ST., STE 1900
PHOENIX, AZ 85004-2202
Email: ewagner@swlaw.com

/s/ Jennifer A. Giaimo
_____
JENNIFER A. GIAIMO
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Telephone: (602) 682-2600
Facsimile: (602) 514-7270
Email: Jennifer.A.Giaimo@usdoj.gov