ILENE J. LASHINSKY (AZ #3073)
United States Trustee
District of Arizona

JENNIFER A. GIAIMO (NY #2520005)
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Telephone: (602) 682-2600
Facsimile: (602) 514-7270
Email: Jennifer.A.Giaimo@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EVEN STEVENS SANDWICHES, LLC *et al.*, | ) Jointly Administered Under |
| | ) No. 2:19-bk-03236-DPC |
| This filing applies to : | ) |
| X  All debtors | ) **VERIFIED STATEMENT,** |
| __ Specified debtors | ) **ACCEPTANCE OF APPOINTMENT** |
| | ) **AS EXAMINER, AND DECLARATION** |
| | ) |
| | ) |
| Debtors. | ) |

I, the undersigned, Lynton Kotzin, do hereby accept my appointment as examiner in the above-captioned case and declare as follows:

1. That I am a person eligible and competent to perform the duties of an examiner as contemplated herein.

2. That I do not hold, nor do I represent an interest adverse to the estate.

3. That I have no connection with the Debtor, creditor, other parties in interest, their respective attorneys and accountants, the United States Trustee, and any person employed in the Office of the United States Trustee other than in my role in previous cases in which I have been appointed as either a chapter 11 trustee or examiner.

4. That I have not received any compensation from any party with respect to my employment by the estate in this case, nor have I made any agreements or arrangements with the Debtor or any other party for compensation.

5. That I will seek compensation from the Bankruptcy Court based on fee applications to be filed with and approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 12, 2019

Lynton Kotzin

# **CERTIFICATE OF SERVICE**

This is to certify that on the 12th day of November, 2019, a copy of the foregoing was served on the following counsel of record by electronically mailing the same to the email addresses listed below:

M. PRESTON GARDNER
DAVIS MILES MCGUIRE GARDNER PLLC
40 E. RIO SALADO PKWY, #425
TEMPE, AZ 85281
Email: pgardner@davismiles.com

PERNELL W. MCGUIRE
DAVIS MILES MCGUIRE GARDNER, PLLC
40 E RIO SALADO PARKWAY
STE 425
TEMPE, AZ 85281
Email: pmcguire@davismiles.com

BENJAMIN WILLIAM REEVES
SNELL & WILMER LLP
ONE ARIZONA CENTER
400 E VAN BUREN ST
PHOENIX, AZ 85004-2202
Email: breeves@swlaw.com

EMILY GILDAR WAGNER
SNELL & WILMER, LLP
400 E. VAN BUREN ST., STE 1900
PHOENIX, AZ 85004-2202
Email: ewagner@swlaw.com

/s/ Jennifer A. Giaimo
_____
JENNIFER A. GIAIMO
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Telephone: (602) 682-2600
Facsimile: (602) 514-7270
Email: Jennifer.A.Giaimo@usdoj.gov