UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | EVEN STEVENS SANDWICHES, LLC | | |
| **Case Number:** | 2:19-BK-03236-DPC | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 19, 2019 11:00 AM | 6TH FLOOR #603 | |
| **Bankruptcy Judge:** | DANIEL P. COLLINS | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | RENEE BRYANT | | |

### Matters:

1) CONTINUED HEARING ON MOTION TO SUBSTANTIVELY CONSOLIDATE
   R / M #:   0 / 0

2) HEARING ON APPROVAL OF DISCLOSURE STATEMENT
   R / M #:   199 / 0

3) Emergency Motion to Authorize FOR AUTHORITY TO OBTAIN POST-PETITION FINANCING ON A SECURED BASIS AND SET FINAL HEARING
   R / M #:   222 / 0

### Appearances:

PRESTON GARDNER ATTORNEY FOR EVEN STEVENS SANDWICHES, LLC
BEN REEVES, ATTORNEY FOR UNSECURED CREDITORS COMMITTEE
JOHN CLEMENCY, PROPOSED COUNSEL FOR KOTZIN VALUATION PARTNERS

### Proceedings:

Mr. Gardner advises the Debtor is not taking a position at this time and parties agreed to continue all matters for 2 weeks. Mr. Gardner discusses the Motion to Substantively Consolidate and advises the Motion will most likely be withdrawn. He does anticipate filing a 363 motion to establish sale procedures and will notice a sale in conjunction with the plan confirmation.

Mr. Reeves advises he and Mr. McGuire have talked about the DIP loan terms. He reviewed the disclosure statement and he does not anticipate filing an objection. Mr. Reeves advises a First Interim Fee Application has been filed.

Mr. Clemency advises he and the examiner spent sometime reviewing this case. He comments on the matters pending before the Court and advises a detailed list of information the examiner will need was delivered to Mr. McGuire.

COURT: IT IS ORDERED SETTING A CONTINUED HEARING ON DECEMBER 3, 2019, AT 2:30 P.M.

Case 2:19-bk-03236-DPC   Doc 241   Filed 11/19/19   Entered 11/21/19 09:53:56   Desc
Main Document    Page 1 of 2

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

Case 2:19-bk-03236-DPC    Doc 241    Filed 11/19/19    Entered 11/21/19 09:53:56    Desc
Main Document    Page 2 of 2

11/21/2019    9:53:38AM