Shapiro, Van Ess & Sherman, LLP
3636 N. Central Ave., Suite #400
Phoenix, AZ 85012
(602) 222-5711
(602) 222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Jason P. Sherman, Bar # 019999
Lydia R. Tulin, Bar #027093
Attorney for Citizens Bank, N.A.
[FILE 19-027669 WWR]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:

EVEN STEVENS SANDWICHES, LLC,

Debtor.

Case # 2:19-bk-03236-DPC
Jointly Administered

Chapter 11

**OBJECTION TO CHAPTER 11 PLAN BY**
Citizens Bank, N.A.

Citizens Bank, N.A., ("CITIZENS"), a secured creditor in this bankruptcy case, through undersigned counsel hereby objects to the confirmation of the Chapter 11 Plan filed by the Debtor for the reasons stated below.

1. CITIZENS is the holder of a retail installment contract and security agreement ("the CITIZENS Note"), executed by David Sullivan on behalf of the Debtor. The Note is secured by a 2015 Dodge Ram Promaster City Wagon ("Vehicle") with a VIN # of ZFBERFAT9F6972969

The Note has been assigned to CITIZENS. True and correct copies of the Note and Lien Record held by CITIZENS are attached to the Proof of Claim filed by CITIZENS at claim #1.

2. When the bankruptcy petition was filed on March 21, 2019, the payments under the terms of the CITIZENS Note were in default. Pursuant to CITIZENS' proof of claim, the amount owed as of the petition date was $13,655.93.

3. The plan fails to include the Vehicle or CITIZENS, or for the treatment thereof for CITIZENS' secured claim.

4. CITIZENS objects to the Confirmation unless the regular post-petition payments due on the Note are current.

WHEREFORE, CITIZENS objects to confirmation of the chapter 11 Plan.

DATED this 2 day of December, 2019.

Shapiro, Van Ess & Sherman, LLP

_____
Jason P. Sherman
Lydia R. Tulin
Attorney for Citizens Bank, N.A.

Original filed this 2 day
of December, 2019 with:

United States Bankruptcy Court
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

Copy of the foregoing was mailed
this 2 day of December, 2019 to:

Chapter 11 Trustee:
US Trustee
230 North First Ave Suite 204
Phoenix, AZ 85003

Jennifer A. Giaimo
Office of the U.S. Trustee
230 N. First Ave., #204
Phoenix, AZ 85003

Attorney for Debtor:

| | |
|---|---|
| 1 | M. Preston Gardner<br>Davis Miles McGuire Gardner PLLC |
| 2 | 40 E. Rio Salado PKWY, #425<br>Tempe, AZ 85281 |
| 3 | |
| 4 | Debtor:<br>Even Stevens Sandwiches, LLC<br>2030 S. 900 E Suite A |
| 5 | Salt Lake City, UT 84105 |
| 6 | |
| 7 | By _____ |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |