# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>EVEN STEVENS SANDWICHES, LLC, *et al.*<br><br>Debtors.<br><br>This filing applies to:<br><br>☐ All Debtors<br><br>☒ Specified Debtors<br><br>Even Stevens Sandwiches, LLC | Chapter 11<br><br>Case No.: 2:19-bk-03236-DPC<br>(Jointly Administered)<br><br>**ORDER GRANTING EMERGENCY MOTION FOR AUTHORITY TO CONVERT LEGAL FORM OF EVEN STEVENS SANDWICHES, LLC TO C CORPORATION** |

This matter having come before the Court on the Debtor's *Emergency Motion for Authority to Convert Legal Form of Even Stevens Sandwiches, LLC to C Corporation* (the "Motion") [Dkt # 271], and the Objection filed by Steven Down [Dkt # 286], and after notice and a hearing, for the reasons set forth on the record at the hearing, it is hereby,,

**ORDERED** granting the Motion in the limited sense that the Debtor is not impeded by 11 U.S.C. § 363 in taking any and all necessary actions to preserve for the estate the 2019 net operating and capital losses.

**DATED AND SIGNED ABOVE.**