**Davis Miles McGuire Gardner**

40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (877) 715-7366
efile.dockets@davismiles.com

Pernell W. McGuire – SBN 015909
M. Preston Gardner – SBN 029868
*Attorneys for Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>EVEN STEVENS SANDWICHES, LLC, *et al.*<br><br>Debtors.<br><br>This filing applies to:<br>☒ All Debtors<br>☐ Specified Debtors | Chapter 11<br><br>Case No.: 2:19-bk-03236-DPC<br>(Jointly Administered)<br><br>**STATUS REPORT** |

Even Stevens Sandwiches, LLC, Even Stevens Utah, LLC, Even Stevens Washington, LLC, and Even Stevens Idaho, LLC (the "Debtors"), through undersigned counsel, pursuant to the Court's direction on November 2, 2020, hereby submits this status report.

The Debtors as of today are current on their quarterly fees to the United States Trustee. The quarterly fees were paid by the Debtors from their general operating account

1

($58,000), and by virtue of a $20,000 refund from Debtors' counsel previously paid by the Debtors in connection with the Firm's approved First Interim Fee Application.

In addition, the Debtors are continuing their negotiations with the owners of the Blue Lemon, a Utah based restaurant with six locations, who with Take 2, LLC would acquire all of the Debtors' assets. Blue Lemon is finishing its due diligence and it is anticipated that the Debtors will be in a position to submit an executed Asset Purchase Agreement by December 18, 2020.

RESPECTFULLY SUBMITTED this 1st day of December, 2020.

**DAVIS MILES MCGUIRE GARDNER, PLLC**

By: /s/ Pernell W. McGuire
Pernell W. McGuire
M. Preston Gardner
*Attorneys for Debtors*

2

# CERTIFICATE OF SERVICE

I certify that on December 1, 2020, I electronically filed the foregoing **STATUS REPORT** with the Clerk of the Court for the United States Bankruptcy Court by using the CM/ECF system.

I further certify that parties of record in this case who either are registered CM/ECF users, or who have registered for electronic notice, or who have consented in writing to electronic service, will be served through the CM/ECF system.

I have caused a copy of the foregoing document to be mailed to:

| | |
|---|---|
| **U.S. TRUSTEE** <br> OFFICE OF THE U.S. TRUSTEE <br> 230 NORTH FIRST AVENUE <br> SUITE 204 <br> PHOENIX, AZ 85003 <br> Jennifer.A.Giaimo@usdoj.gov <br><br> **Janel Glynn** <br> **John R. Clemency** <br> POLSINELLI <br> One East Washington, Suite 1200 <br> Phoenix, AZ 85004 <br> JGlynn@Polsinelli.com <br> jclemency@polsinelli.com <br> lkotzin@kotzinvaluation.com | **Official Committee of Unsecured Creditors** <br> c/o Snell & Wilmer L.L.P. <br> Attn: Emily G. Wagner <br> One Arizona Center <br> 400 E. Van Buren St., Ste 1900 <br> Phoenix, AZ 85004-2202 <br> ewagner@swlaw.com; <br> breeves@swlaw.com <br><br> **BS Property, LLC** <br> c/o Scott B. Cohen <br> Engelman Berger, P.C. <br> 3636 N. Central Ave., Ste. 700 <br> Phoenix, AZ 85012 <br> mpr@eblawyers.com <br> sbc@eblawyers.com |

By: */s/ Joan Stoner*
      Joan Stoner

3