# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:

) CASE NO. 2:19-bk-03236

) **BUSINESS AND INDUSTRY**
) **MONTHLY OPERATING REPORT**

) MONTH OF _____ 11/1/2020

) DATE PETITION FILED: _____ 3/21/2019

Debtor:
**Even Stevens Sandwiches, LLC**

) TAXPAYER ID NO. : _____ 90-1024882

Nature of Debtor's Business  Fast Casual Restaurant

DATE DISCLOSURE STATEMENT  FILED _____ TO BE FILED  TBD

DATE PLAN OF REORGANIZATION  FILED _____ TO BE FILED  TBD

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_____                    CEO
ORIGINAL  SIGNATURE  OF RESPONSIBLE PARTY              TITLE

Brooks Pickering                               12·15-20
PRINTED NAME  OF RESPONSIBLE PARTY                    DATE

**PREPARER:**

_____                    Consultant
ORIGINAL  SIGNATURE  OF PREPARER                      TITLE

Dane Clark                                     12/15/2020
PRINTED NAME OF PREPARER                              DATE

PERSON TO CONTACT REGARDING THIS REPORT: Nate Larsen (Controller)

PHONE NUMBER. #801-727-7234

ADDRESS: 746 E. Winchester St. Ste. 120 Murray, UT 84047

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

# CURRENT MONTH'S
# RECEIPTS AND DISBURSEMENTS

| | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| | Zions Operating | Zions Payroll | Zions Tax | **Total** |
| | 9719 | 9727 | 59735 | |
| Balance at Beginning of Period | $ 18,393.05 | $ - | $ - | $ 18,393.05 |
| **RECEIPTS** | | | | |
| Cash Sales | 107,995.91 | | | 107,995.91 |
| Accounts Receivable | | | | |
| Loans and Advances | | | | |
| Sale of Assets | | | | |
| Transfers from Other DIP Accounts | | 38,808.92 | | 38,808.92 |
| | | | | |
| | | | | |
| Other (attach list) | | | | |
| *Refunds | | | | |
| TOTAL RECEIPTS | $ 107,995.91 | $ 38,808.92 | $ - | $ 146,804.83 |
| **DISBURSEMENTS** | | | | |
| Business - Ordinary Operations | 48,574.17 | 38,808.92 | | 87,383.09 |
| Capitol Improvements | | | | |
| Pre-Petition Debt | | | | |
| Transfers to Other DIP Accounts | 38,808.92 | | | 38,808.92 |
| Other (attach list) | | | | |
| *Bank Fees | 283.97 | | | 283.97 |
| | | | | |
| **Reorganization Expenses:** | | | | |
| Attorney Fees | | | | |
| Accountant Fees | | | | |
| Other Professional Fees | 27,700.00 | | | 27,700.00 |
| U. S. Trustee Quarterly Fee | | | | |
| Court Costs | | | | |
| | | | | |
| **TOTAL DISBURSEMENTS** | $ 115,367.06 | $ 38,808.92 | $ - | $ 154,175.98 |
| **Balance at End of Month** | **$ 11,021.90** | **$ -** | **$ -** | **$ 11,021.90** |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | 154,175.98 |
| **Less**: Transfers to Other DIP Accounts | 38,808.92 |
| **Plus**: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party chec | |
| Total Disbursements for Calculating Quarterly Fees | $ 115,367.06 |

# RECEIPT DETAIL

**Month:** November

**Account #** '19 - Operating

**Bank Name** Zions

| Cash/Electronic Receipts | | | |
|---|---|---|---|
| Date | Payer | Purpose | Amount |
| 11/24/2020 | DEPOSIT | WCF - Yearly Refund | 5,877.00 |
| 11/2/2020 | CSM Rebate Dist 2200359498ACH PAYMTSCCD | Rebate | 1,233.64 |
| 11/2/2020 | Salt Lake County6876000316NET PAY PPD* | Grant Funds | 35,000.00 |
| 11/6/2020 | ONLINE XFER FROM DDA ***9743 | Returning operating funds from ES ID | 24,831.83 |
| 11/17/2020 | ONLINE XFER FROM DDA ***9560 | Returning operating funds from ES UT | 25,352.94 |
| 11/20/2020 | ONLINE XFER FROM DDA ***9560 | Returning opertaing funds from ES UT | 15,700.50 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Receipts | 107,995.91 |

Page 2.1

# RECEIPT DETAIL

**Month:** November

**Account i** 727 - Sandwich Payroll

**Bank Name** Zions

| Cash/Electronic Receipts | | | |
|---|---|---|---|
| Date | Payer | Purpose | Amount |
| 11/3/2020 | ONLINE XFER FROM DDA ***9719 | InterCo Fund Transfer | 237.46 |
| 11/3/2020 | ONLINE XFER FROM DDA ***9719 | InterCo Fund Transfer | 19,677.15 |
| 11/17/2020 | ONLINE XFER FROM DDA ***9719 | InterCo Fund Transfer | 18,894.31 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Receipts | 38,808.92 |

Page 2.2

# Profit & Loss - Even Stevens Sandwiches LLC

**Case Number: 2:19-bk-03236**

| Account Description | Current Month 11/30/2020 | Filing-to-Date |
|---|---|---|
| **Sales** | - | (80) |
| **Cost of Goods Sold** | - | (377) |
| **Gross Profit** | - | 297 |
| **Operating Expense** | | |
| Payroll | 68,309 | 1,947,700 |
| Rent | 3,775 | 117,091 |
| Advertising & Marketing | 4,004 | 46,344 |
| Utilities | 540 | 14,548 |
| Repairs and Maintenance | 8,555 | 48,584 |
| Office Expense | 757 | 37,099 |
| Licenses | - | 867 |
| Bank & Merchant Fees | 355 | 10,109 |
| Late Fees | - | 27,948 |
| Dues and Subscriptions | - | 358 |
| Delivery Fees | - | (814) |
| Professional Services | | |
| Accounting Services | 2,700 | 56,739 |
| Legal Services | - | 37,858 |
| Technology Services | 823 | 44,371 |
| Payroll Services | - | 20,648 |
| Reorganization Expense - Professional Fees | (1,576) | 224,952 |
| Reorganization Expense - U.S. Trustee Fees | 1,309 | 20,659 |
| Total Professional Services | 3,256 | 405,227 |
| Automobile Expense | 977 | 13,641 |
| Travel | 172 | 81,089 |
| Supplies | - | 572 |
| Insurance | 1,568 | 29,816 |
| Gain or Loss on Sale of Asset | - | 292,446 |
| **Total Operating Expense** | 92,268 | 3,072,623.49 |
| **EBITDA** | (92,268) | (3,072,327) |
| **EBITDA Items** | (35,000) | 245,755 |
| **Net Profit** | (57,268) | (3,318,081) |

Page 3

# Balance Sheet - Even Stevens Sandwiches LLC

Case Number: 2:19-bk-03236

| Account Description | As of 11/30/2020 |
|---|---:|
| **ASSETS** | |
| **Current Asset** | |
| Bank Accounts | 18,864 |
| Accounts Receivable | - |
| Blue Hat | 10,000 |
| Cash on Hand | 100 |
| Blue Max | 55,567.02 |
| Financially Fit | 263,947.36 |
| The Falls | 595,358.75 |
| Prepaid Insurance | (1,116.67) |
| Prepaid Expense | - |
| Legal Retainer | 29,744.64 |
| (Pre BK) Due To/From Even Stevens Washington LLC | 508,815.71 |
| Due To/From Julia's Smile | 779.36 |
| Due To/From Even Stevens Oregon | 431,382.28 |
| (Pre BK) Due To/From Even Stevens Idaho L.L.C. | 763,000.59 |
| (Pre BK) Due To/From Even Stevens Utah L.L.C. | 5,861,060.89 |
| (Pre BK) Due To/From Even Stevens Arizona L.L.C. | 9,308,018.54 |
| Due To/From Even Stevens Colorado L.L.C. | 867,591.27 |
| Due To/From Concerts for Hunger | (1,297.21) |
| (Pre BK) Due To/From Even Stevens Sandwiches L.L.C. | (422,586.43) |
| Due To/From Even Stevens Texas | 873,161.64 |
| Due To/From Even Stevens California, L.L.C. | 39,543.06 |
| Due To/From Even Stevens Idaho L.L.C. | (280,615.70) |
| Due To/From Even Stevens Utah L.L.C. | (1,670,664.11) |
| Due To/From Even Stevens Arizona L.L.C. | (5,347.40) |
| Due To/From Even Stevens Sandwiches L.L.C. | 422,586.43 |
| Due To/From Even Stevens Washington LLC | (1,842.22) |
| Due To/From Drive Business Services L.L.C | 886.94 |
| Suspense | 5,957.67 |
| Due To/From Blue Lemon Management L.L.C | (153.89) |
| **Total Current Asset** | 17,672,742.37 |
| **Fixed Asset** | |
| Leasehold Improvements | 3,727.96 |
| Furniture/Fixtures/Equipment | 212,311.71 |
| Transportation Equipment | 205,879.99 |
| Accumulated Depreciation | (257,327.89) |
| **Total Fixed Asset** | 164,591.77 |
| **Other Asset** | |
| Inventory | - |
| Security Deposit | 15,940.95 |
| Utility Deposit | - |
| **Total Other Asset** | 15,940.95 |
| **Total ASSETS** | 17,853,275.09 |

| LIABILITIES & EQUITY | |
|---|---:|
| **Liabilities** | |
| **Current Liability** | |
| Pre-Petition Accounts Payable | 973,359.68 |
| Post-Petition Accounts Payable | 248,809.72 |
| Contribution Payable | - |
| Jet Steve Note | 49,000.00 |
| Wings and Waves Note | 100,000.00 |
| Julia's Smile | 201,888.53 |
| Steve's Hotel | 15,000.00 |
| Advance(s) | 800,106.62 |
| Note Payable - Jeanne Bayless | 400,000.00 |
| March 2019 Bridge Loan | 520,000.00 |
| Post-Petition Loyalty Program Liability | 11,669.53 |
| Post-Petition Catering Rewards Program Liability | 23,485.44 |
| Employee Tips Payable | |
| Money The Musical | 50,000.00 |
| **Total Current Liability** | 3,393,319.52 |
| **Accrued Liabilities** | |
| Pre-Petition Accrued Payroll Clearing | - |
| Post-Petition Accrued Payroll Clearing | 177,361.64 |
| Pre-Petition Accrued Payroll | 1,444.26 |
| Post-Petition Accrued Payroll | (5,823.41) |
| Pre-Petition Accrued FICA and Federal | 120,764.57 |
| Post-Petition Accrued FICA and Federal | (75,552.78) |
| Accured State Withholding | 2,570.04 |
| Pre-Petition Accrued Sales Tax | 53,265.35 |
| Post-Petition Accrued Sales Tax | (39,236.88) |
| Accrued SUTA | (12,529.77) |
| Pre-Petition Accrued Expenses | (271,156.89) |
| Post-Petition Accrued Expenses | 7,659.32 |
| Pre-Petition Accrued Secured Investor Interest | - |
| Post-Petition Accrued Secured Investor Interest | - |
| Pre-Petition Garnishments | - |
| Post-Petition Garnishments | 25.00 |
| **Total Accrued Liabilities** | (41,209.55) |
| **Long Term Liability** | |
| Pre-Petition Auto Loan | (524.53) |
| Post-Petition Auto Loan | (44,594.30) |
| Wells Fargo Dealer Services | |
| 12% CN - $4.00 | 100,000.00 |
| Incentive Note 12% | 2,200,500.00 |
| Unsecured Note 12% | 375,000.00 |
| Convertible Note $4.00 | 150,000.00 |
| Convertible Note $6.00 | 100,000.00 |
| Convertible Note $8.00 | 410,000.00 |
| Post-Petition DIP Financing | 300,000.00 |
| **Total Long Term Liability** | 3,590,381.17 |
| **Total Liabilities** | 6,942,491.14 |
| **Equity** | |
| **Equity** | |
| Exercised Stock Option | 2,430.00 |
| Common Stock 1 | 4,595,115.00 |
| Common Stock 2 | 3,812,833.00 |
| Common Stock 3 | 4,854,513.00 |
| Common Stock 4 | 17,194,277.29 |
| Preferred Stock 2:1 | 200,000.00 |
| Preferred Stock 3:1 | 542,000.00 |
| Preferred Stock 4:1 | 265,000.00 |
| Preferred Stock 5:1 | 265,189.54 |
| Additional Paid-In Capital | 13,911.56 |
| Series R-1 | 938,750.00 |
| Retained Earnings | (20,697,513.32) |
| YTD Income | (1,075,722.12) |
| **Total Equity** | 10,910,783.95 |
| **Total Equity** | 10,910,783.95 |
| **Total LIABILITIES & EQUITY** | 17,853,275.09 |

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | | | | |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | N/A | | | |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | N/A |

| INVENTORY | |
|---|---|
| Beginning Inventory | |
| Plus: Purchases | |
| Less: Cost of Goods Sold | |
| Ending Inventory | N/A |

Date Last Inventory was taken: N/A

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | 3,728 | | | 3,728 |
| Accumulated Depreciation | 870 | | | 870 |
| Net Buildings | **2,858** | | | **2,858** |
| Equipment | 212,312 | | | 212,312 |
| Accumulated Depreciation | 158,915 | | | 158,915 |
| Net Equipment | **53,397** | | | **53,397** |
| Autos/Vehicles | 205,880 | | | 205,880 |
| Accumulated Depreciation | 97,543 | | | 97,543 |
| Net Autos/Vehicles | **108,337** | | | **108,337** |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

_____

Page 5

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable *See Page 6.1 | 14,913 | 10,116 | - | 4,798 | - |
| Taxes Payable | (39,237) | (39,237) | | | |
| Notes Payable | - | | | | |
| Professional Fees Payable | 228,896 | 4,679 | - | 7,522 | 216,696 |
| Secured Debt | 820,000 | - | - | - | 820,000 |
| Other (attach list) *See Page 6.2 | 7,659 | 7,659 | | | |
| *Payroll Payable | 95,985 | 95,985 | | | |
| Total Post-Petition Liabilities | 1,128,218 | 79,203 | - | 12,319 | 1,036,696 |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Approved | Amount Paid this Month | Total Paid to Date |
| Spencer Viernes & Brooks Pickering | 4/24/2019 | | | 25,500 |
| Viernes Esquire PLLC | 4/24/2019 | | | 40,000 |
| Hirschi Baer & Clayton, PLLC | 4/24/2019 | | | 6,527 |
| AdvancedCFO/Ampleo | 4/24/2019 | | 2,700 | 52,075 |
| Davis Miles | 4/24/2019 | | | 25,000 |
| Red2Black | 4/24/2019 | | | 16,425 |
| Chris Naficy | 4/24/2019 | | | 6,890 |
| ESBE Strategic Partners | 4/24/2019 | | 25,000 | 353,366 |
| Matthew Smith | 4/24/2019 | | | 3,750 |
| Jacques Sorci | 4/24/2019 | | | 110,214 |
| Total Payments to Proffessionals | | | 27,700 | 639,747 |

# AP Aging - Summary

## As of 11/30/2020

Case Number: 2:19-bk-03236
Legal Ent(s):     Even Stevens Sandwiches L.L.C.

| | Vendor Group | Current | 1-30 Past | 31-60 Past | 61-90 Past | 91+ Past | Total Due |
|---|---|---|---|---|---|---|---|
| Davis Miles McGuire Gardner, PLLC | | 0.00 | 4,679.05 | 0.00 | 10,355.75 | 189,997.82 | 205,032.62 |
| Dianna DeSimone | | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| ESBE Strategic Partners, Inc. | Inc Vendors | 0.00 | 8,139.93 | 0.00 | 0.00 | 0.00 | 8,139.93 |
| Executech Utah, LLC | S or C Corp LLC - No 1099 | 1,162.67 | 0.00 | 0.00 | 0.00 | 0.00 | 1,162.67 |
| Hirschi Baer & Clayton, PLLC | | 0.00 | 0.00 | 0.00 | 0.00 | 14,961.20 | 14,961.20 |
| U.S Trustee | | 0.00 | 0.00 | 0.00 | 1,963.65 | 11,736.68 | 13,700.33 |
| Veracity Networks | | 0.00 | 108.44 | 0.00 | 0.00 | 0.00 | 108.44 |
| Wells Fargo Dealer Services | | 0.00 | 504.53 | 0.00 | 0.00 | 0.00 | 504.53 |
| | Subtotal Before Unassigned Transactions | 1,162.67 | 13,631.95 | 0.00 | 12,319.40 | 216,695.70 | 243,809.72 |
| UNASSIGNED VENDOR | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | GRAND TOTAL | 1,162.67 | 13,631.95 | 0.00 | 12,319.40 | 216,695.70 | 243,809.72 |

Powered by Restaurant365

12/10/2020 8:50:36 PM

# Account Detail: 2258 - Accrued Expenses

**11/1/2020 - 11/30/2020**

Case Number: 2:19-bk-03236

**Legal**    **Even Stevens Sandwiches L.L.C.**

| Date | Type | Ref. Number | Company | Location | Comment/Item | Debit | Credit | Balance |
|------|------|-------------|---------|----------|--------------|-------|--------|---------|
| **HQ/Corporate** | | | | | | | | |
| **2258 - Accrued Expenses** | | | | | | | Beg Balance: | 13,430.10 |
| 11/1/2020 | Journal Entry | 2020 Accru | | HQ/Corporate | Reversal of 2020 Accrued Expenses - October | 13,427.85 | 0.00 | 2.25 |
| 11/30/2020 | Journal Entry | 2020 Accru | | HQ/Corporate | | 0.00 | 7,657.07 | 7,659.32 |
| Total Accrued Expenses | | | | | | 13,427.85 | 7,657.07 | 7,659.32 |
| **Grand Total** | | | | | | **13,427.85** | **7,657.07** | **7,659.32** |

# CASE STATUS

## QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? | | x |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? | x | |
| Are any wages past due? | | x |
| Are any U. S. Trustee quarterly fees delinquent? | | x |

Provide a detailed explaination of any "YES" answers to the above questions:  (attach additional sheets if needed)

The post-petition receivable due from related parties, relates to transaction paid by a related party on behalf of this entity.

Currently working payment of fees into cash flow/distribution.

Current number of employees:          6

## INSURANCE

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| Ohio Security Insurance Co. | Gen Liab. | BZS58227038 | 10/1/2021 |
| Ohio Security Insurance Co. | Prop. & Auto | BAS58227038 | 10/1/2021 |
| Advantage Workers Comp Ins Co. | Woker's Comp | 4002714 | 10/1/2021 |
| Ohio Casualty Insurance | Umbrella | USO58227038 | 10/1/2021 |
| Workers  Compensation Fund | Woker's Comp | 3350485 | 10/1/2021 |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

See tab Page 7.1 for details

**Identify any matters that are delaying the filing of a plan of reorganization:**

See tab Page 7.1 for details

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

- Contiued focus on marketing and driving sales.
- Managed additional dining restrictions.
- Worked with potential buyer on term sheet and plan.

**Identify any matters that are delaying the filing of a plan of reorganization:**

The Plan has been filed.

Page 7.1

**DISBURSEMENT DETAIL**

Month: November
Account: -9719 - Sandwich Operating
Bank Name: Zions

| | | Cash/Electronic Disbursements | | |
|---|---|---|---|---|
| Date | Payee | | Purpose | Amount |
| 11/2/2020 | 2469215H121XD3822G 3625 UTAH-DMV RENEWAL | | SH Van | 174.75 |
| 11/2/2020 | 2469216HZ2XAAABJS 3625 AMZN Mktp US*2B31 | | Office Supplies | 56.47 |
| 11/2/2020 | 2469216H221XGF1FYE 3625 INDEED 203-564-24 | | Storage | 60.00 |
| 11/2/2020 | 2469216N22XBJY71S 3625 YELPINC*855 380 9 | | Internet Lead Generation | 1,240.00 |
| 11/2/2020 | 244921SH2JJ4TYS4F 3625 WP ENGINE HTTPSWP | | Technology | 32.18 |
| 11/2/2020 | QUARTERLY FEE  1501000502PAYMENT  CCD0 | | Quarterly Fee | 9,813.66 |
| 11/2/2020 | Easy Storage Sol1800945592rd SouthWESS | | Storage | 427.00 |
| 11/3/2020 | WIRE/OUT-202011030000079321BNF ESBE Strat | | Consulting Fee | 5,000.00 |
| 11/3/2020 | VERACITY NETWORK171091562BAutoP  1st PPD* | | Telephone | 108.70 |
| 11/4/2020 | 2405523N55V3J7BKA 3625 CITY CAKES DRAPER | | Technology | 30.00 |
| 11/4/2020 | 2444500N4BPP4Z36S 3625 SMITHS FOOD #4095 | | Cash On Hand | 1,371.40 |
| 11/4/2020 | 2432304H45BEXH1PS 3625 MCNEIL'S AUTO CAR | | Auto Repairs | 789.97 |
| 11/5/2020 | 2442806N56JQD5FFS 3625 CAPRIOTTIS SANDWI | | Meals and Entertainment | 42.76 |
| 11/5/2020 | 2449386N560GND55X 3625 CLOUD COVER MUSIC | | Technology | 125.65 |
| 11/6/2020 | InstaMed  1291584764SELECTHEALCCD0 | | Insurance | 650.60 |
| 11/6/2020 | InstaMed  1291584764SELECTHEALCCD0 | | Insurance | 3,475.30 |
| 11/6/2020 | InstaMed  1291584764SELECTHEALCCD0 | | Insurance | 5,975.60 |
| 11/9/2020 | 2455194H76152PRVL 3625 SOUTHERN UTAH MOV | | Moving St. George Location | 2,000.00 |
| 11/9/2020 | Amentas Life In207008840DXR04DO  CCDX | | Insurance | 177.36 |
| 11/9/2020 | Amentas Life In207008840DXR04DO  CCDX | | Insurance | 604.96 |
| 11/10/2020 | WIRE/OUT-202011100000090911BNF ESBE Strat | | Consulting Fee | 5,000.00 |
| 11/10/2020 | 2455194NA0152368P 3625 SOUTHERN UTAH MOV | | Moving St. George Location | 2,000.00 |
| 11/12/2020 | 2468216HB2XLPL44Y 3625 MAILCHIMP *MjSC M | | Technology | 10.71 |
| 11/12/2020 | 2420429H50009XJF1Z 3625 FACEBK JZ7SLWSB42 | | Promotion | 75.00 |
| 11/12/2020 | 7408347N000028Z28 3625 EXPIRATIONREMXDE | | Technology | 38.00 |
| 11/12/2020 | 2420429ND0057M9VR 3625 FACEBK 22ZBNYAB42 | | Promotion | 4.38 |
| 11/12/2020 | WIRE/OUT-202011130000096171BNF ESBE Strat | | Consulting Fee | 5,000.00 |
| 11/16/2020 | 2455194HE0152KYS0 3625 SOUTHERN UTAH MOV | | Moving St. George Location | 2,700.00 |
| 11/16/2020 | 2455194NE0152KY4M 3625 SOUTHERN UTAH MOV | | Moving St. George Location | 2,251.75 |
| 11/15/2020 | 2445386H000A4WYAB 3625 REVELTV 866-77046 | | Technology | 150.00 |
| 11/15/2020 | 2420429NG008Z0G6AM 3625 Box, Inc. 877-729 | | Technology | 48.26 |
| 11/17/2020 | 2413748HHEJ7FRB8J 3625 U-HAUL MOVING & S | | Storage | 148.28 |
| 11/17/2020 | 2401308HJ1EK3LA2W 3625 GOOGLE*GOOGLE STC | | Technology | 1.99 |
| 11/18/2020 | 2420429HJ004DAAD2 3625 Adobe Inc 800-833 | | Technology | 56.94 |
| 11/15/2020 | VERIZON WIRELESS62233447B4PAYMEHTS  CCD0 | | Telephone | 85.76 |
| 11/18/2020 | ONLINE IMAGE  127050696IRECEIPT  PPO | | SEO - Technology | 2,706.00 |
| 11/9/2020 | 2449386HL0RM50HA0 3625 ZOOM US 888-799-9 | | Technology | 21.55 |
| 11/23/2020 | WIRE/OUT-202011730000065321BNF ESBE Strat | | Consulting Fee | 5,000.00 |
| 11/23/2020 | 2415407HMJ2G2LA0HG 3625 FEDEX OFFIC216000 | | Shipping | 44.97 |
| 11/23/2020 | 2413746HN2X0H6G7H 3625 TB1* EVEN STEVENS | | Meals and Entertainment | 18.92 |
| 11/23/2020 | 2469216HN2X0X5QPE 3625 THE UPS STORE 149 | | Postage | 114.00 |
| 11/23/2020 | WCF Mutual Insur587040701SOAILY ACH CCD0 | | Worker's Comp | 2,527.74 |
| 11/24/2020 | 2478830NRR32EFYBF 3625 NUTSHELL 717-9780 | | Bev COGS | 78.00 |
| 11/27/2020 | 2449215NVJHDD9TRIV 3625 DOORDASH*CAPRIOT | | Meals and Entertainment | 46.58 |
| 11/27/2020 | Ampleo  1204935317B4com  CCD0 | | Accounting Services | 2,700.00 |
| 11/30/2020 | WIRE/OUT-202011300000054431BNF ESBE Strat | | Consulting Fee | 5,000.00 |
| 11/30/2020 | 2469216HJ22X9NY02M 3625 IN *SUGAR HOUSE A | | Outside Services | 35.00 |
| 11/2/2020 | 7408347N000028Z28 3625 FOREIGN TRANS. FE | | Bank Fee | 1.17 |
| 11/23/2020 | SERVICE AND TRANSACTION FEES | | Bank Fee | 282.60 |
| 11/3/2020 | ONLINE XFER TO DDA ***9727 | | Intercompany Fund Transfer | 19,677.15 |
| 11/3/2020 | ONLINE XFER TO DDA ***9727 | | Intercompany Fund Transfer | 237.46 |
| 11/17/2020 | ONLINE XFER TO DDA ***9727 | | Intercompany Fund Transfer | 18,894.31 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total Cash/Electronic Disbursements | 106,644.30 |

| | | CHECKS ISSUED | | |
|---|---|---|---|---|
| Number | Date | Payee | Purpose | Amount |
| 1338 | 11/5/2020 | Internal Revenue Service | Bankruptcy Fees | 1,007.00 |
| 1339 | 11/5/2020 | Internal Revenue Service | Bankruptcy Fees | 1,164.00 |
| 1358 | 11/10/2020 | Milo Development, LLC | Rent | 3,000.00 |
| 1360 | 11/10/2020 | Sydney King | Reimbursement | 159.54 |
| 1355 | 11/19/2020 | Internal Revenue Service | Bankruptcy Fees | 1,164.00 |
| 1356 | 11/19/2020 | Internal Revenue Service | Bankruptcy Fees | 1,007.00 |
| 1364 | 11/20/2020 | Day, Aaron | Reimbursement | 69.25 |
| 1363 | 11/24/2020 | Esaquiich Utah, LLC | Technology | 1,151.97 |
| | | | | |
| | | | | |
| | | | | |
| | Total checks listed on this page | | | 8,722.76 |
| | Total checks listed on continuation pages | | | |
| | | | | |
| | TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | | | 115,367.06 |

# DISBURSEMENT DETAIL

**Month:** November

**Account #** 9727 - Sandwich Payroll

**Bank Name** Zions

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| 11/3/2020 | GUSTO     2453942850FEE 001495CCD6 | Payroll | 237.46 |
| 11/4/2020 | GUSTO     9138864001TAX 015000CCD6 | Payroll | 5,293.71 |
| 11/4/2020 | GUSTO     9138864001NET 014996CCD6 | Payroll | 14,383.44 |
| 11/19/2020 | GUSTO     9138864001TAX 143102CCD6 | Payroll | 5,039.19 |
| 11/19/2020 | GUSTO     9138864001NET 143100CCD6 | Payroll | 13,855.12 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic | 38,808.92 |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total checks listed on this page | | | | - |
| Total checks listed on continuation pages | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 38,808.92 |
|---|---|

Page 8.1

To

ur



# ZIONS BANK.

P.O. Box 30709, Salt Lake City, UT 84130-0709

0008362          1736-06-0000-ZFN-PG0007-00000

EVEN STEVENS SANDWICHES LLC
BROOKS PICKERING
NATHAN LARSEN
1225 E FORT UNION BLVD
MIDVALE UT  84047-1889

For 24-hour account
information, please contact:

1-800-789-BANK (2265)

zionsbank.com

**WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS. ®**

**Effective January 1, 2021, we are revising our policy in the "Restrictions on Number of Transfers" subsection in Section 7 in our Deposit Account Agreement. We will no longer be converting Savings and Money Market accounts to non-interest bearing account types due to excessive transfers or withdrawals; however, excessive transaction fees may still be charged, if applicable. Please refer to the applicable fee schedule for more information.**

**The Bank is adding account closure provisions to the Deposit Account Agreement. If you close your account, you are responsible to notify the Bank of pending transactions that have not cleared and to cancel any electronic/ACH transactions. Debit or credit transactions received after account closure may be processed at the Banks discretion, which may involve reopening the account and triggering service fees, including charges for insufficient funds, overdraft services, and the return of unpaid items. (It may take up to 10 business days before existing relationship rates and/or benefits are applied to reopened accounts, if applicable.) Interest on closed accounts is forfeited if an account is closed before interest is scheduled to be posted. Fees and forfeited interest will not be reversed if your closed account is later reopened by request or post-closure transaction.**

**Effective January 1, 2021, we are revising our policy in the "Restrictions on Number of Transfers" subsection in Section 7 in our Deposit Account Agreement. We will no longer be converting Savings and Money Market accounts to non-interest bearing account types due to excessive transfers or withdrawals; however, excessive transaction fees may still be charged, if applicable. Please refer to the applicable fee schedule for more information.**

**The Bank is adding account closure provisions to the Deposit Account Agreement. If you close your account, you are responsible to notify the Bank of pending transactions that have not cleared and to cancel any electronic/ACH transactions. Debit or credit transactions received after account closure may be processed at the Banks discretion, which may involve reopening the account and triggering service fees, including charges for insufficient funds, overdraft services, and the return of unpaid items. (It may take up to 10 business days before existing relationship rates and/or benefits are applied to reopened accounts, if applicable.) Interest on closed accounts is forfeited if an account is closed before interest is scheduled to be posted. Fees and forfeited interest will not be reversed if your closed account is later reopened by request or post-closure transaction.**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Connect Checking | 3719 | $11,021.90 | |

## BUSINESS CONNECT CHECKING 980569719

153   0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 18,393.05 | 107,995.91 | 106,644.30 | 8,722.76 | 11,021.90 |

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL:** | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANS ACTIONS**
As soon as you can, please notify us if you think an electronic transfer or Check Reserve transaction is wrong or if you need more information about a transaction listed on the statement. We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CHECK RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at Zions Bank, PO Box 25787, Salt Lake City, UT 84125-0787.

*For electronic transfers:* We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at Zions Bank, EFT Dept. PO Box 25837, Salt Lake City, UT 84125-0837 or 1-800-662-4346.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-974-8800.

We may report information about your Check Reserve account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: Zions Bank, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with Zions Bank.*

**Visit us online at www.zionsbank.com**
Review account balances • Review posted transactions • Pay bills • Transfer funds
**Call 1-800-840-4999 to enroll today**




# ZIONS BANK.

P.O. Box 30709, Salt Lake City, UT 84130-0709

---

## 6 DEPOSITS/CREDITS

| Date | Amount | Description |
|------|--------|-------------|
| 11/02 | 1,233.64 | CSM Rebate Dist ACH PAY REF # 020307001376709 1120579016 |
| 11/02 | 35,000.00 | Salt Lake County NET PA *BIG****** REF # 020303010207950 1120526824 |
| 11/06 | 24,831.83 | ONLINE XFER FROM DDA ***9743 ID: 000009562 2318616188 |
| 11/17 | 25,352.94 | ONLINE XFER FROM DDA ***9560 ID: 000001799 2318807700 |
| 11/20 | 15,700.50 | ONLINE XFER FROM DDA ***9560 ID: 000009758 2317517906 |
| 11/24 | 5,877.00 | DEPOSIT 7676137655 |

---

## 52 CHARGES/DEBITS

| Date | Amount | Description |
|------|--------|-------------|
| 11/02 | 174.75 | 2469216N12XDX822G 3625 UTAH-DMV RENEWAL EXPRE801-297-3809 UT 1222379852 |
| 11/02 | 56.47 | 2469216N22XAAA8JS 3625 AMZN Mktp US*283153EX0Amzn.com/bill W 1222379851 |
| 11/02 | 60.00 | 2469216N22XGF1FYE 3625 INDEED 203-564-2400 CT 1222379848 |
| 11/02 | 1,240.00 | 2469216N22X8JY7T5 3625 YELPINC*855 380 9357 855-380-9357 CA 1222379850 |
| 11/02 | 32.19 | 2449215N2JJ4TYS4F 3625 WP ENGINE HTTPSWPENGINE TX 1222379849 |
| 11/02 | 9,813.66 | QUARTERLY FEE PAYMENT 0000 REF # 020307001419687 1120602368 |
| 11/02 | 427.00 | Easy Storage Sol 21st South REF # 020307001510863 1120704487 |
| 11/03 | 5,000.00 | WIRE/OUT-2020110300007932;BNF ESBE Strategic Partners, Inc. 1314605141 |
| 11/03 | 19,677.15 | ONLINE XFER TO DDA ***9727 ID: 000009411 2320609915 |
| 11/03 | 237.46 | ONLINE XFER TO DDA ***9727 ID: 000006696 2320609955 |
| 11/03 | 108.70 | VERACITY NETWORK AutoP_ ****** REF # 020307002956097 1119695516 |
| 11/04 | 30.00 | 2405523N55V3J7BKA 3625 CITY CAKES DRAPER DRAPER UT 1218596041 |
| 11/04 | 1,371.40 | 2444500N48P P4Z36S 3625 SMITHS FOOD #4085 MIDVALE UT 1218596043 |
| 11/04 | 789.97 | 2432304N45BEKH1P5 3625 MCNEIL'S AUTO CARE - SSANDY UT 1218596042 |
| 11/05 | 42.76 | 2442806N5EJQDSFF5 3625 CAPRIOTTIS SANDWICH SH385-425-3111 UT 1219291727 |
| 11/05 | 125.65 | 2449398N560GND55X 3625 CLOUD COVER MUSIC JBIRCH@CLOUDC CA 1219291726 |
| 11/06 | 650.80 | InstaMed SELECTHEAL 041001039016149REF # 020311006452960 1117933517 |
| 11/06 | 3,475.30 | InstaMed SELECTHEAL 041001039016201REF # 020311006452962 1117933519 |
| 11/06 | 5,975.60 | InstaMed SELECTHEAL 041001039016167REF # 020311006452961 1117933518 |
| 11/09 | 2,000.00 | 2455194N70T52PRVL 3625 SOUTHERN UTAH MOVERS 435-592-6118 UT 1220788439 |
| 11/09 | 177.36 | Ameritas Life In XB04DD XB040000209458 REF # 020314007212801 1119277778 |
| 11/09 | 604.96 | Ameritas Life In XB04DD XB040000209457 REF # 020314007212799 1119277777 |
| 11/10 | 5,000.00 | WIRE/OUT-2020111000009091;BNF ESBE Strategic Partners, Inc. 1312106083 |
| 11/10 | 2,000.00 | 2455194NA0T5236BF 3625 SOUTHERN UTAH MOVERS 435-592-6118 UT 1217678172 |
| 11/12 | 10.71 | 2469216NB2XLPL44Y 3625 MAILCHIMP *MISC MAILCHIMP.COM GA 1220094985 |
| 11/12 | 75.00 | 2420429NB009XJF1Z 3625 FACEBK JZ75LWSB42 650-5434800 CA 1220094988 |
| 11/12 | 39.00 | 7408342NQ00028Z28 3625 EXPIRATIONREMINDER.NETKITCHENER NOR C 1220094986 |
| 11/12 | 4.38 | 2420429ND0057M6VR 3625 FACEBK 2ZBNYAB42 650-5434800 CA 1219992190 |
| 11/12 | 1.17 | 7408342NQ00028Z28 3625 FOREIGN TRANS. FEE KITCHENER NOR CD 1220094987 |
| 11/13 | 5,000.00 | WIRE/OUT-2020111300009617;BNF ESBE Strategic Partners, Inc. 1314006643 |
| 11/16 | 2,200.00 | 2455194NE0T52KY3Q 3625 SOUTHERN UTAH MOVERS 435-592-6118 UT 1219585947 |
| 11/16 | 2,281.76 | 2455194NE0T52KY4M 3625 SOUTHERN UTAH MOVERS 435-592-6118 UT 1219585948 |
| 11/16 | 150.00 | 2445388NH000A4WAB 3625 REVELTV 866-7704688 UT 1219386290 |
| 11/16 | 48.26 | 2420429NG00B2Q8AM 3625 Box, Inc. 877-7294269 CA 1219386290 |
| 11/17 | 148.28 | 2413746NHEJ7FRB8J 3625 U-HAUL MOVING & STORAG800-789-3638 AZ 1218781767 |
| 11/17 | 1.99 | 2401308NJ1EKJLA2W 3625 GOOGLE*GOOGLE STORAGE INTERNET CA 1218781766 |
| 11/17 | 18,894.31 | ONLINE XFER TO DDA ***9727 ID: 000007049 2318807717 |
| 11/18 | 56.94 | 2420429NJ004DAAD2 3625 Adobe Inc 800-8336687 CA 1218791838 |
| 11/18 | 85.76 | VERIZON WIRELESS PAYMEN 02422057 4800001REF # 020322003244188 1117529472 |
| 11/18 | 2,706.00 | ONLINE IMAGE RECEIPT REF # 020322003714161 1117569018 |
| 11/19 | 21.55 | 2449398NL0RM8DNA0 3625 ZOOM.US 888-799-9666 CA 1216990543 |
| 11/23 | 5,000.00 | WIRE/OUT-2020112300008532;BNF ESBE Strategic Partners, Inc. 1314005664 |
| 11/23 | 44.97 | 2416407NM20ZLA0H G 3625 FEDEX OFFIC2160021659MURRAY UT 1220000157 |
| 11/23 | 18.92 | 2413746NN2XBH6G7H 3625 TST* EVEN STEVENS SANDCOTTONWD HTS UT 1220000155 |
| 11/23 | 114.00 | 2469216NN2XRX6QPE 3625 THE UPS STORE 1499 MIDVALE UT 1220000156 |
| 11/23 | 282.80 | SERVICE AND TRANSACTION FEES |
| 11/23 | 2,527.74 | WCF Mutual Insur DAILY 598865 REF # 020325006282264 1118841168 |
| 11/24 | 78.00 | 2478930NRR3Z6FY8F 3625 NUTSHELL 717-9970480 MI 1216584971 |
| 11/27 | 46.58 | 2449215NVJHDD9TRW 3625 DOORDASH*CAPRIOTTIS SAWWW.DOORDASH. C 1217565466 |
| 11/27 | 2,700.00 | Ampleo Bill.com 016APBOBZ1M1P5OREF # 020332010174561 1116401144 |
| 11/30 | 5,000.00 | WIRE/OUT-2020113000005443;BNF ESBE Strategic Partners, Inc. 1312503798 |
| 11/30 | 35.00 | 2469216NZ2X9NY02M 3625 IN *SUGAR HOUSE ARCHIV801-4870176 UT 1219293668 |

## 8 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1338 | 11/05 | 1,007.00 | 1356 | 11/19 | 1,007.00 | 1363* | 11/24 | 1,151.97 |
| 1339 | 11/05 | 1,164.00 | 1359* | 11/10 | 3,000.00 | 1364 | 11/20 | 69.25 |
| 1355* | 11/19 | 1,164.00 | 1360 | 11/10 | 159.54 | | | |

* Not in check sequence

## AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|--|--|--|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $64.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/02 | 42,822.62 | 11/10 | 15,056.80 | 11/19 | 6,513.63 |
| 11/03 | 17,799.31 | 11/12 | 14,926.54 | 11/20 | 22,144.88 |
| 11/04 | 15,607.94 | 11/13 | 9,926.54 | 11/23 | 14,156.45 |
| 11/05 | 13,268.53 | 11/16 | 5,246.52 | 11/24 | 18,803.48 |
| 11/06 | 27,998.66 | 11/17 | 11,554.88 | 11/27 | 16,056.90 |
| 11/09 | 25,216.34 | 11/18 | 8,706.18 | 11/30 | 11,021.90 |



# ZIONS BANK.

P.O. Box 30709, Salt Lake City, UT 84130-0709

0008363     1736-06-0000-ZFN-PC0007-00000

EVEN STEVENS SANDWICHES LLC
BROOKS PICKERING
NATHAN LARSEN
1225 E FORT UNION BLVD
MIDVALE UT 84047-1889

For 24-hour account
information, please contact:

1-800-789-BANK (2265)

zionsbank.com

**WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS. ®**

Effective January 1, 2021, we are revising our policy in the "Restrictions on Number of Transfers" subsection in Section 7 in our Deposit Account Agreement. We will no longer be converting Savings and Money Market accounts to non-interest bearing account types due to excessive transfers or withdrawals; however, excessive transaction fees may still be charged, if applicable. Please refer to the applicable fee schedule for more information.

The Bank is adding account closure provisions to the Deposit Account Agreement. If you close your account, you are responsible to notify the Bank of pending transactions that have not cleared and to cancel any electronic/ACH transactions. Debit or credit transactions received after account closure may be processed at the Banks discretion, which may involve reopening the account and triggering service fees, including charges for insufficient funds, overdraft services, and the return of unpaid items. (It may take up to 10 business days before existing relationship rates and/or benefits are applied to reopened accounts, if applicable.) Interest on closed accounts is forfeited if an account is closed before interest is scheduled to be posted. Fees and forfeited interest will not be reversed if your closed account is later reopened by request or post-closure transaction.

Effective January 1, 2021, we are revising our policy in the "Restrictions on Number of Transfers" subsection in Section 7 in our Deposit Account Agreement. We will no longer be converting Savings and Money Market accounts to non-interest bearing account types due to excessive transfers or withdrawals; however, excessive transaction fees may still be charged, if applicable. Please refer to the applicable fee schedule for more information.

The Bank is adding account closure provisions to the Deposit Account Agreement. If you close your account, you are responsible to notify the Bank of pending transactions that have not cleared and to cancel any electronic/ACH transactions. Debit or credit transactions received after account closure may be processed at the Banks discretion, which may involve reopening the account and triggering service fees, including charges for insufficient funds, overdraft services, and the return of unpaid items. (It may take up to 10 business days before existing relationship rates and/or benefits are applied to reopened accounts, if applicable.) Interest on closed accounts is forfeited if an account is closed before interest is scheduled to be posted. Fees and forfeited interest will not be reversed if your closed account is later reopened by request or post-closure transaction.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Growth Checking | )727 | $0.00 | |

## BUSINESS GROWTH CHECKING 980569727

     152   0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 0.00 | 38,808.92 | 38,808.92 | 0.00 | 0.00 |

A division of Zions Bancorporation, N.A. Member FDIC

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

Transfer to Line 9.

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANS ACTIONS**
As soon as you can, please notify us if you think an electronic transfer or Check Reserve transaction is wrong or if you need more information about a transaction listed on the statement. We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CHECK RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at Zions Bank, PO Box 25787, Salt Lake City, UT 84125-0787.

**For electronic transfers:** We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at Zions Bank, EFT Dept. PO Box 25837, Salt Lake City, UT 84125-0837 or 1-800-662-4346.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-974-8800.

**We may report information about your Check Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: Zions Bank, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with Zions Bank.*
**Visit us online at www.zionsbank.com**
Review account balances • Review posted transactions • Pay bills • Transfer funds
**Call 1-800-840-4999 to enroll today**



# ZIONS BANK.

P.O. Box 30709, Salt Lake City, UT 84130-0709

## 3 DEPOSITS/CREDITS

| Date | Amount | Description |
|------|--------|-------------|
| 11/03 | 237.46 | ONLINE XFER FROM DDA ***9719 ID: 000006696  2320609954 |
| 11/03 | 19,677.15 | ONLINE XFER FROM DDA ***9719 ID: 000009411  2320609914 |
| 11/17 | 18,894.31 | ONLINE XFER FROM DDA ***9719 ID: 000007049  2318807716 |

## 5 CHARGES/DEBITS

| Date | Amount | Description |
|------|--------|-------------|
| 11/03 | 237.46 | GUSTO FEE 001495 6semjp1md22 REF # 020308003202478  1119731495 |
| 11/04 | 5,293.71 | GUSTO TAX 015000 6semjp1tkrq REF # 020309004071452  1118197488 |
| 11/04 | 14,383.44 | GUSTO NET 014996 6semjp1tkr9 REF # 020309004071437  1118197486 |
| 11/19 | 5,039.19 | GUSTO TAX 143102 6semjp3cpce REF # 020324005013209  1116079244 |
| 11/19 | 13,855.12 | GUSTO NET 143100 6semjp3cpbb REF # 020324005013185  1116079243 |

## 0 CHECKS PROCESSED

There were no transactions this period.

## AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|------|------|------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/03 | 19,677.15 | 11/17 | 18,894.31 | 11/19 | 0.00 |
| 11/04 | 0.00 | | | | |

**Zions Bank**

This page intentionally left blank



# ZIONS BANK.

P.O. Box 30709, Salt Lake City, UT 84130-0709

0127829       1736-06-0000-ZFN-PC0030-00000

EVEN STEVENS SANDWICHES LLC
BROOKS PICKERING
NATHAN LARSEN
1225 E FORT UNION BLVD
MIDVALE UT  84047-1889

For 24-hour account
information, please contact:

1-800-789-BANK (2265)

**zionsbank.com**

**WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS. ®**

Effective January 1, 2021, we are revising our policy in the "Restrictions on Number of Transfers" subsection in Section 7 in our Deposit Account Agreement. We will no longer be converting Savings and Money Market accounts to non-interest bearing account types due to excessive transfers or withdrawals; however, excessive transaction fees may still be charged, if applicable. Please refer to the applicable fee schedule for more information.

The Bank is adding account closure provisions to the Deposit Account Agreement. If you close your account, you are responsible to notify the Bank of pending transactions that have not cleared and to cancel any electronic/ACH transactions. Debit or credit transactions received after account closure may be processed at the Banks discretion, which may involve reopening the account and triggering service fees, including charges for insufficient funds, overdraft services, and the return of unpaid items. (It may take up to 10 business days before existing relationship rates and/or benefits are applied to reopened accounts, if applicable.) Interest on closed accounts is forfeited if an account is closed before interest is scheduled to be posted. Fees and forfeited interest will not be reversed if your closed account is later reopened by request or post-closure transaction.

Effective January 1, 2021, we are revising our policy in the "Restrictions on Number of Transfers" subsection in Section 7 in our Deposit Account Agreement. We will no longer be converting Savings and Money Market accounts to non-interest bearing account types due to excessive transfers or withdrawals; however, excessive transaction fees may still be charged, if applicable. Please refer to the applicable fee schedule for more information.

The Bank is adding account closure provisions to the Deposit Account Agreement. If you close your account, you are responsible to notify the Bank of pending transactions that have not cleared and to cancel any electronic/ACH transactions. Debit or credit transactions received after account closure may be processed at the Banks discretion, which may involve reopening the account and triggering service fees, including charges for insufficient funds, overdraft services, and the return of unpaid items. (It may take up to 10 business days before existing relationship rates and/or benefits are applied to reopened accounts, if applicable.) Interest on closed accounts is forfeited if an account is closed before interest is scheduled to be posted. Fees and forfeited interest will not be reversed if your closed account is later reopened by request or post-closure transaction.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Growth Checking | ;735 | $0.00 | |

## BUSINESS GROWTH CHECKING 980569735

152    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**

You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANS ACTIONS**

As soon as you can, please notify us if you think an electronic transfer or Check Reserve transaction is wrong or if you need more information about a transaction listed on the statement. We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

*For CHECK RESERVE accounts:* You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. Contact us at Zions Bank, PO Box 25787, Salt Lake City, UT 84125-0787.

*For electronic transfers:* We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at Zions Bank, EFT Dept. PO Box 25837, Salt Lake City, UT 84125-0837 or 1-800-662-4346.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-974-9800.

We may report information about your Check Reserve account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: Zions Bank, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with Zions Bank.*

**Visit us online at www.zionsbank.com**

Review account balances • Review posted transactions • Pay bills • Transfer funds

**Call 1-800-840-4999 to enroll today**



# ZIONS BANK.

P.O. Box 30709, Salt Lake City, UT 84130-0709

Page 3 of 4
November 30, 2020
EVEN STEVENS SANDWICHES LLC
1735

......................................................................................................................................................................

**0 DEPOSITS/CREDITS**

There were no transactions this period.

......................................................................................................................................................................

**0 CHARGES/DEBITS**

There were no transactions this period.

......................................................................................................................................................................

**0 CHECKS PROCESSED**

There were no transactions this period.

......................................................................................................................................................................

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

|  | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

......................................................................................................................................................................

**DAILY BALANCES**

Date..........................Balance
11/30            0.00

**Zions Bank**

This page intentionally left blank