SO ORDERED.

Dated: January 28, 2021

Daniel P. Collins, Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>EVEN STEVENS SANDWICHES, LLC, *et al.*,<br><br>Debtors. | Proceedings Under Chapter 11<br><br>Case No. 2:19-bk-03236-DPC<br><br>(Jointly Administered)<br><br>**ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' ORAL MOTION REGARDING AVOIDANCE ACTIONS** |
| This Filing Applies to:<br><br>☒ All Debtors<br><br>☐ Specified Debtors: | |

Upon consideration of the oral motion regarding avoidance actions made by the Official Committee of Unsecured Creditors (the "Committee") at the January 26, 2021 status hearing in these jointly administered bankruptcy cases,

**THE COURT HEREBY FINDS** that:

A.     At the status hearing in these jointly administered bankruptcy cases held on January 26, 2021, the Committee apprised the Court of the upcoming deadline to bring preference actions in these jointly administered bankruptcy cases.

B.     The Committee proposed the Debtors bringing such preference actions by February 15, 2021 and, if the Debtors failed to do so, the Committee being vested with the authority and standing to bring such preference actions.

C.     No party objected to this proposal at the January 26, 2021 status hearing.

D.     The Court indicated on the record at the January 26, 2021 status hearing that

4831-4021-0123

the Debtors shall have until February 15, 2021 to bring all avoidance actions, including preferences, and that thereafter, the Committee shall be vested with the authority and standing to bring all avoidance actions, including preferences.

Based on the foregoing and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1.      The oral motion is granted in its entirety; and

2.      The Debtors shall have until February 15, 2021 to bring all avoidance actions, including preferences, in these jointly administered bankruptcy cases.  If the Debtors fail to do so by February 15, 2021, the Committee shall have authority and standing to bring any and all avoidance actions, including preferences, in these jointly administered bankruptcy cases.

3.      In the event the jointly administered cases are converted to Chapter 7, a Chapter 11 trustee is appointed, or a liquidating trustee is appointed under a plan of reorganization, such trustee will thereafter prosecute any and all avoidance actions and the Committee will have no obligation to bring or continue any avoidance actions.

4.      This Order becomes immediately operative upon its entry.

**DATED AND SIGNED ABOVE.**

4849-3433-9289