Benjamin W. Reeves (#025708)
Emily Gildar Wagner (#028811)
**SNELL & WILMER L.L.P.**
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
E-mail:  breeves@swlaw.com
         ewagner@swlaw.com
*Attorneys for the Official Committee of Unsecured Creditors*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>EVEN STEVENS SANDWICHES, LLC, *et al.*,<br><br>Debtors.<br><br>This Filing Applies to:<br>☒ All Debtors<br>☐ Specified Debtors: | Proceedings Under Chapter 11<br><br>Case No. 2:19-bk-03236-DPC<br><br>(Jointly Administered)<br><br>**POSITION STATEMENT ON CONVERSION** |

The Official Committee of Unsecured Creditors (the "**Committee**") for Even Stevens Sandwiches, LLC, Even Stevens Utah, LLC, Even Stevens Idaho, LLC, and Even Stevens Washington, LLC (collectively, the "**Debtors**"), by and through undersigned counsel, hereby provides its position on conversion of the bankruptcy cases to Chapter 7 proceedings.

While the Debtors have provided proposals and projections to the Committee regarding a revised sale agreement and plan of reorganization, such proposals and projections will still require significant time and effort to negotiate, document, and prosecute a finally approved transaction. The Committee has received no assurance that the unsecured creditors will receive a meaningful, or any, recovery under an amended

plan of reorganization.  Given the amount of administrative claimants and priority creditors ahead of unsecured creditors, coupled with the lack of any concrete assurances that unsecured creditors will receive anything on account of the Debtors' amended plan of reorganization, the Committee cannot advocate for continued Chapter 11 proceedings.

If the cases are converted, the Committee requests that the conversion order provide that the Chapter 7 Trustee(s) will have an additional year to bring preference actions under 11 U.S.C. § 546(a).

Wherefore, the Committee has no opposition to this Court converting the bankruptcy cases to Chapter 7 proceedings.

DATED this 2nd day of February, 2021.

SNELL & WILMER L.L.P.

By: /s/ *Emily Gildar Wagner*
Benjamin W. Reeves
Emily Gildar Wagner
One Arizona Center
400 E. Van Buren St., Ste. 1900
Phoenix, AZ 85004-2202
*Attorneys for the Committee*

**E-FILED** this 2nd day of February, 2021 and
**E-MAILED** to the following:

Pernell W. McGuire
M. Preston Gardner
DAVIS MILES MCGUIRE GARDNER PLLC
40 E. Rio Salado Pkwy, #425
Tempe, AZ 85281
pmcguire@davismiles.com
pgardner@davismiles.com
*Attorneys for the Debtors*

Michael S. Steck
CLARIOR LAW
1173 South 250 West #206
St. George, UT 84770
michael@clariorlaw.com
*Attorney for Steven Down*

Jennifer Giaimo
OFFICE OF THE U.S. TRUSTEE
230 N. First Ave., Ste. 204
Phoenix, AZ 85003

| | |
|---|---|
| 1 | jennifer.a.giaimo@usdoj.gov<br>*U.S. Trustee* |
| 2 | |
| 3 | Adam Nach<br>Stuart Bradley Rodgers<br>LANE & NACH, P.C. |
| 4 | 2001 East Campbell, Ste. 103<br>Phoenix, AZ 85016 |
| 5 | adam.nach@lane-nach.com<br>stuart.rodgers@lane-nach.com |
| 6 | *Attorneys for the Chapter 7 Trustee* |
| 7 | Patrick A. Clisham<br>Michael P. Rolland |
| 8 | ENGELMAN BERGER, P.C.<br>3636 N. Central Ave., Ste. 700 |
| 9 | Phoenix, AZ 85012<br>pac@eblawyers.com |
| 10 | mpr@eblawyers.com<br>*Attorneys for USBC Real Estate, LLC* |
| 11 | |
| 12 | James L. Ugalde<br>QUARLES & BRADY LLP |
| 13 | Renaissance One<br>Two North Central Ave. |
| 14 | Phoenix, Arizona 85004-2391<br>james.ugalde@quarles.com |
| 15 | *Attorneys for CBDG Grant Road Car Wash, LLC* |
| 16 | George U. Winney<br>GAMMAGE & BURNHAM |
| 17 | Two N. Central Ave., 15th Floor<br>Phoenix, AZ 85004 |
| 18 | gwinney@gblaw.com<br>*Attorneys for 40th Street Developers, LLC and E. N. Richmond Trust* |
| 19 | Scott B. Cohen<br>Michael P. Rolland |
| 20 | ENGELMAN BERGER, P.C.<br>3636 N. Central Ave., Ste. 700 |
| 21 | Phoenix, AZ 85012<br>sbc@eblawyers.com |
| 22 | mpr@eblawyers.com<br>*Attorneys for BS Property, LLC* |
| 23 | |
| 24 | Thomas H. Allen<br>Cody D. Vandewerker |
| 25 | ALLEN BARNES & JONES, PLC<br>1850 N. Central Ave., Ste. 1150 |
| 26 | Phoenix, AZ 85004<br>tallen@allenbarneslaw.com |
| 27 | cvandewerker@allenbarneslaw.com<br>*Attorneys for Skyline JSY, LLC* |
| 28 | |

Snell & Wilmer L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004
(602) 382-6000

Susan M. Freeman
Nicholas Bauman
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 E. Washington St., Ste. 1200
Phoenix, AZ 85004
sfreeman@lrrc.com
nbauman@lrrc.com
*Attorneys for University Village Limited Partnership*

Kathryn Ore
PIMA COUNTY ATTORNEY'S OFFICE, CIVIL DIVISION
32 N. Stone Ave., Ste. 2100
Tucson, Arizona 85701
kathryn.ore@pcao.pima.gov
pcaocvbk@pcao.pima.gov
*Attorneys for Pima County*

Kasey C. Nye
WATERFALL ECONOMIDIS CALDWELL
HANSHAW & VILLAMANA, P.C.
5120 E. Williams Cir., Ste. 800
Tucson, AZ 85711
knye@waterfallattorneys.com
*Attorneys for Ally Financial*

Brian N. Spector
SCHNEIDER & ONOFRY, P.C.
365 E. Coronado Road
Phoenix, AZ 85004
bspector@soarizonalaw.com
*Attorneys for John Paul Blakely*

Jason P. Sherman
Lydia R. Tulin
Shapiro, Van Ess & Sherman, LLP
3636 N. Central Ave., Suite #400
Phoenix, AZ 85012
AZNotices@logs.com
*Attorneys for Citizens Bank, N.A.*

Harold E. Campbell
HAROLD E. CAMPBELL P.C.
910 West McDowell
Phoenix, AZ 85007
heciii@haroldcampbell.com
*Attorney for Take 2 LLC and John Quinn*

/s/ *Paula Shanahan*

4823-4277-2698