**Davis Miles McGuire Gardner**

40 E. Rio Salado Pkwy., Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com

Pernell W. McGuire – SBN 015909
M. Preston Gardner – SBN 029868
*Attorneys for Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| EVEN STEVENS SANDWICHES, LLC, *et al.* | Case No.: 2:19-bk-03236-DPC |
| | (Jointly Administered) |
| Debtors. | |
| This filing applies to: | **MOTION TO SHORTEN NOTICE PERIOD REGARDING DEBTORS' DISCLOSURE STATEMENT** |
| ☐ All Debtors | |
| ☒ Specified Debtors | |
| Even Stevens Sandwiches, LLC<br>Even Stevens Utah, LLC<br>Even Stevens Idaho, LLC | |

Even Stevens Sandwiches, LLC, Even Stevens Utah, LLC, and Even Stevens Idaho, LLC, the debtors-in-possession (collectively, the "Debtors"), by and through undersigned counsel, pursuant to Bankruptcy Rule 3017 and Local Bankruptcy Rule 9013-1(h), hereby move the Court to shorten the notice period regarding the Debtors' Disclosure Statement,

1

which was filed on February 5, 2021, so the Court may consider approval of the Disclosure Statement at the hearing currently scheduled regarding the Disclosure Statement on March 4, 2021 at 11:00 am. In support hereof, the Debtors represent as follows.

1. At the continued hearing on January 26, 2021, the Court provided a hearing date of March 4, 2021 at 11:00 am to consider approval of the Debtors' forthcoming Disclosure Statement (the "Hearing").

2. On January 26, 2021, the Debtors filed a *Notice of Hearing to Consider Approval of Disclosure Statement* [*Dkt. #595*] (the "Notice") and mailed the Notice to all creditors and interested parties on the Debtors' master mailing lists.

3. On February 5, 2021, the Debtors filed their amended Chapter 11 plan and the Disclosure Statement.

4. The Debtors seek to proceed with the Hearing and related deadlines provided in the Notice so that the Court may consider approval of the Disclosure Statement without delay. The Court's consideration of the Disclosure Statement on an accelerated basis at the Hearing is necessary given the mounting administrative expenses in this case and urgency to finalize a proposed sale of equity. Unless the notice period is shortened to consider approval of the Disclosure Statement, the Debtors' reorganization prospects may suffer irreparable harm.

2

5. Accordingly, the Debtors request that the Court shorten the notice period required under Bankruptcy Rule 3017. Immediately upon approval of this Motion, the Debtors will provide notice of the Disclosure Statement to all interested parties under Bankruptcy Rule 3017.

WHEREFORE, the Debtors respectfully request that the Court shorten the notice period regarding the Disclosure Statement and approve the Hearing and related deadlines in the Notice, and for such further relief as is just.

DATED this 16th day of February, 2021.

**DAVIS MILES, MCGUIRE GARDNER, PLLC**

/s/ M. Preston Gardner
Pernell W. McGuire
M. Preston Gardner
*Attorneys for Debtors*

# CERTIFICATE OF SERVICE

I certify that on February 16, 2021, I electronically filed the foregoing **MOTION TO SHORTEN NOTICE PERIOD REGARDING DEBTORS' DISCLOSURE STATEMENT** with the Clerk of the Court for the United States Bankruptcy Court by using the CM/ECF system.

I further certify that parties of record in this case who either are registered CM/ECF users, or who have registered for electronic notice, or who have consented in writing to electronic service, will be served through the CM/ECF system.

I have caused a copy of the foregoing document to be mailed to:

| | |
|---|---|
| **U.S. TRUSTEE**<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003<br>Jennifer.A.Giaimo@usdoj.gov<br><br>**Janel Glynn**<br>**John R. Clemency**<br>POLSINELLI<br>One East Washington, Suite 1200<br>Phoenix, AZ 85004<br>JGlynn@Polsinelli.com<br>jclemency@polsinelli.com<br>lkotzin@kotzinvaluation.com | **Official Committee of Unsecured Creditors**<br>c/o Snell & Wilmer L.L.P.<br>Attn: Emily G. Wagner<br>One Arizona Center<br>400 E. Van Buren St., Ste 1900<br>Phoenix, AZ 85004-2202<br>ewagner@swlaw.com;<br>breeves@swlaw.com<br><br>**BS Property, LLC**<br>c/o Scott B. Cohen<br>Engelman Berger, P.C.<br>3636 N. Central Ave., Ste. 700<br>Phoenix, AZ 85012<br>mpr@eblawyers.com<br>sbc@eblawyers.com |

*/s/ Joan Stoner*
Joan Stoner

4