**GUTTILLA MURPHY ANDERSON, P.C.**
Ryan W. Anderson (Ariz. No. 020974)
Dawn M. Maguire (Ariz. No. 20368)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: randerson@gamlaw.com
Email: dmaguire@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for Chapter 7 Trustee Dina L. Anderson

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>EVEN STEVENS SANDWICHES, LLC, *et al.*<br><br>Debtors.<br><br>This filing applies to:<br><br> X  All Debtors<br><br>___ Specified Debtors | Chapter 7<br><br>Case No. 2:19-bk-03236-DPC<br><br>(Jointly Administered)<br><br>**NOTICE OF HEARING ON MOTION FOR APPROVAL OF SALE OF BUSINESS FREE AND CLEAR OF LIENS AND ENCUMBRANCES, PURSUANT TO 11 U.S.C. §363;**<br>**-and-**<br>**MOTION FOR ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND COMMERCIAL REAL PROPERTY LEASES**<br><br>**Hearing Date: July 1, 2021**<br>**Hearing Time: 10:00 a.m.**<br>**Location: VIDEOCONFERENCE** |

**NOTICE IS HEREBY GIVEN** that Dina L. Anderson, the Chapter 7 Trustee for the above-captioned case, filed a *Motion for Approve of Sale of Business Free and Clear of Liens and Encumbrances, Pursuant to 11 U.S.C. §363 -and- Motion for Assumption of Executory Contracts and Commercial Real Property Leases* ("Sale Motion"). Pursuant to Local Rule 6004-1, you are hereby advised of the following:

/ / /

/ / /

/ / /

1. **Property to be Sold**: The assets of the Debtors including all furniture, fixtures, equipment, inventory, and other personal property ("Purchased Assets[1]") more particularly described in the Sale Motion and in the Asset Purchase Agreement attached as Exhibit "A" to the Sale Motion, and the assumption and assignment of the executory contracts and Lease Agreements.

2. **Time and Place of Sale**: The Sale shall be held on **July 1, 2021, at 10:00 a.m.** before the Honorable Judge Daniel P. Collins, of the U.S. Bankruptcy Court, District of Arizona. **The hearing will be held via Zoomgov videoconference.**

   Join ZoomGov Meeting
   https://www.zoomgov.com/j/1617164795?pwd=T0o3NHRWakErZDFNU0g4MXhHNjlCZz09
   Meeting ID: 161 716 4795
   Passcode: 431215

   One tap mobile
   +16692545252,,1617164795#,,,,*431215# US (San Jose)
   +16692161590,,1617164795#,,,,*431215# US (San Jose)

   Dial by your location
       +1 669 254 5252 US (San Jose)
       +1 669 216 1590 US (San Jose)
       +1 646 828 7666 US (New York)
       +1 551 285 1373 US
   Meeting ID: 161 716 4795
   Passcode: 431215
   Find your local number: https://www.zoomgov.com/u/abwYvheDW

   Join by SIP
   1617164795@sip.zoomgov.com

   Join by H.323
   161.199.138.10 (US West)
   161.199.136.10 (US East)
   Meeting ID: 161 716 4795
   Passcode: 431215

3. **Prospective Buyer or Representative of Prospective Buyer**: The Sale Motion proposes to sell the Purchased Assets to Even Stevens Acquisition Partners LLC (or its designee)

---

[1] Except as otherwise specifically noted herein, capitalized terms shall retain the meanings attributed to them in the Motion.

(collectively the "Buyer") and for the assumption and assignment of the executory contracts and Lease Agreements to the Buyer.

4. **Prospective Buyer's relationship to the Debtors:** The Trustee is informed and believes that the Buyer seeks the protections of a good faith purchaser. Buyer is owned by Brooks Pickering, a Managing Director of ESBE Strategic Partners, Inc. ("ESBE"). ESBE is the current manager of the operating restaurants of the Debtors.

5. **Parties with an interest in the Purchased Assets, and if applicable, description of liens, claims or interests in the Purchased Assets[2]:** The Trustee believes that the only debts against the Purchased Assets stem from:

   a. Take 2, LLC has a security interest in the Collateral of the Debtors from the post-petition financing agreement and subsequent Order approving such.

6. **Sale Terms**:

   a. The sale is for Two Million Eight Hundred Thousand Dollars ($2,800,000.00) of certified funds, with a closing no later than July 31, 2021, after hearing and approval of the Court.

   b. The sale shall be free and clear of all liens and encumbrances, with such liens and encumbrances to attach to the sale proceeds.

   c. Payment of ordinary and necessary costs of sale.

   d. The assumption and assignment of the executory contracts and Lease Agreements.

   e. The sale is subject to higher and better offers as determined by the Court.

7. **Viewing**: The financials, operating information and all relevant sale documents may be viewed by contacting Counsel for Trustee, Dawn M. Maguire, Phone: (480) 304-8302, Email: dmaguire@gamlaw.com.

8. **Higher and Better Bids:** The sale is subject to higher and better offers to ensure that a fair and equitable value is attributed to the Purchased Assets for the benefit of all concerned. The Court retains authority to control the bidding process and to determine

---

[2] If applicable, copies of all public record searches are attached hereto.

whether competing bids are higher and/or better offers.

    a. The initial bid at the Sale Hearing will be Buyer's offer set forth in Exhibit "A" attached to the Sale Motion; specifically, the Two Million Eight Hundred Thousand Dollar ($2,800,000.00) offer for the Purchased Assets;

    b. Other than Buyer, all other bidders must qualify to bid at the Auction Sale Hearing. To qualify, a bidder must (at least ten (10) days prior to the Sale Hearing) provide to the Trustee, Trustee's counsel, the following:

        i. A written notice of intend to bid;

        ii. Bidder's current financial statements, including the most recent monthly and annual income statements, balance sheets, and any other documents reasonably requested by the Trustee that demonstrate bidder's financial condition;

        iii. A complete description of bidder's intended use and operation for each of the property locations;

        iv. Delivery to the Trustee an Eighty-Four Thousand Dollar ($84,000.00) deposit in certified funds to be returned if a bidder is not the successful bidder or back up bidder as that term is defined below; and

        v. Documentation establishing each bidder's ability to close within the time frame set forth in Exhibit "A" attached to the Sale Motion;

    c. If Buyer is the successful bidder, Buyer must comply with the terms of the Asset Purchase Agreement, as they may be amended at the Sale Hearing. If a third party is a successful bidder or back up bidder, those parties shall comply with the terms set forth in Exhibit "A" attached to the Sale Motion,

| | |
|---|---|
| 1 | as well as any additional terms set forth at the Sale Hearing; |
| 2 | Any potential bidders must accept the Purchased Assets in the current condition |
| 3 | and waive all inspection periods. |
| 4 | Any potential bidders must not only provide a higher and better offer for |
| 5 | consideration at the hearing, but they may not limit any of the waivers or terms |
| 6 | set forth in the current Asset Purchase Agreement with the Buyer. |

9. **Commissions and/or Compensation**: There are no commissions associated with this sale transaction.

10. **Appraisal**: The Trustee does not have a current appraisal.

11. **Motions for Stay Relief**: There are no pending Motions for Stay Relief.

12. **Objections**: Objections to the Sale Motion must be filed with the Clerk of the United States Bankruptcy Court at 230 North First Avenue, Suite 101, Phoenix, Arizona 85003 on or before the hearing set forth above. Copies of any such objections must be served by the same time upon counsel for the Trustee at:

Ryan W. Anderson
Dawn M. Maguire
GUTTILLA MURPHY ANDERSON, P.C.
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: randerson@gamlaw.com
Email: dmaguire@gamlaw.com
Phone: (480) 304-8300

DATED: June 3, 2021

**GUTTILLA MURPHY ANDERSON, P.C.**

*/s/ Dawn M. Maguire #20368*
Dawn M. Maguire
Attorneys for Chapter 7 Trustee

| | |
|---|---|
| 1<br>2 | **E-FILED** on June 3, 2021 with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case. |

3 **SERVICE LIST**

| | |
|---|---|
| Dina L. Anderson<br>21001 N. Tatum Blvd., #1630-608<br>Phoenix, AZ 85050<br>danderson@dlatrustee.com<br>*Chapter 7 Trustee* | Jennifer A. Giaimo<br>Office of The U.S. Trustee<br>230 N. First Ave., #204<br>Phoenix, AZ 85003-1706<br>Jennifer.A.Giaimo@usdoj.gov |
| Bradley A. Cosman<br>Benjamin C. Calleros<br>Perkins Coie LLP<br>2901 N. Central Ave. Suite 2000<br>Phoenix, AZ 85012<br>BCosman@perkinscoie.com<br>BCalleros@perkinscoie.com<br>*Counsel for Even Stevens Acquisition Partners, LLC* | Even Stevens Sandwiches, LLC<br>2030 S. 900 E. Suite A<br>Salt Lake City, UT 84105-3280<br>*Debtor* |
| Harold Campbell<br>HAROLD E. CAMPBELL, P.C.<br>910 W McDowell Road<br>Phoenix, AZ 85007<br>heciii@haroldcampbell.com<br>*Counsel for Take 2, LLC and John Quinn* | Internal Revenue Service<br>Bankruptcy and Collection Enforcement<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 |
| John R. Clemency<br>Janel M. Glynn<br>Mike Mazzella<br>POLSINELLI P.C.<br>One E. Washington, Suite 1200<br>Phoenix, AZ 85004<br>jclemency@polsinelli.com<br>jglynn@polsinelli.com<br>mmazzella@polsinelli.com<br>*Counsel for Examiner Lynton Kotzin* | James L. Ugalde<br>QUARLES & BRADY LLP<br>Renaissance One<br>Two North Central Ave.<br>Phoenix, Arizona 85004-2391<br>james.ugalde@quarles.com<br>*Attorneys for CBDG Grant Road Car Wash, LLC* |
| Scott B. Cohen<br>Michael P. Rolland<br>ENGELMAN BERGER, P.C.<br>2800 N. Central Avenue Suite 1200<br>Phoenix, AZ 85004<br>sbc@eblawyers.com<br>mpr@eblawyers.com<br>*Counsel for BS Property, LLC* | Thomas H. Allen<br>Cody D. Vandewerker<br>ALLEN BARNES & JONES, PLC<br>1850 N. Central Ave., Ste. 1150<br>Phoenix, AZ 85004<br>tallen@allenbarneslaw.com<br>cvandewerker@allenbarneslaw.com<br>*Attorneys for Skyline JSY, LLC* |

/ / /

/ / /

/ / /

| | |
|---|---|
| Christopher J. Dylla<br>Office of the Arizona Attorney General<br>2005 N Central Ave<br>Phoenix, AZ 85004-1592<br>christopher.dylla@azag.gov<br>Counsel for *Attorney for the State of Arizona ex rel. Arizona Department of Revenue* | Kasey C. Nye<br>WATERFALL ECONOMIDIS CALDWELL HANSHAW & VILLAMANA, P.C.<br>5120 E. Williams Cir., Ste. 800<br>Tucson, AZ 85711<br>knye@waterfallattorneys.com<br>*Attorneys for Ally Financial* |
| Arizona Department of Revenue<br>Attention Bk Payment Unit<br>2005 North Central Avenue<br>Phoenix, AZ 85004 | Alan C. Hochheiser<br>Maurice Wutscher LLP<br>23611 Chagrin Blvd., Suite 207<br>Beachwood, OH 44122<br>ahochheiser@mauricewutscher.com<br>*Attorney for AmTrust North America, Inc. on behalf of AmTrust Insurance Company of Kansas, Inc.* |
| Pernell W. McGuire<br>M. Preston Gardner<br>DAVIS MILES MCGUIRE GARDNER, PLLC<br>40 E. Rio Salado Parkway, Suite 425<br>Tempe, AZ 85281<br>pmcguire@davismiles.com<br>pgardner@davismiles.com | James B. Ball<br>Ball, Santin & McLeran, PLC<br>2999 N. 44th Street, Suite 500<br>Phoenix, Arizona 85018<br>ball@bsmplc.com<br>*Attorney for Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. and Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.* |
| Janel M. Glynn<br>THE BURGESS LAW GROUP<br>3131 East Camelback Road, Suite 224<br>Phoenix, AZ 85016<br>janel@theburgesslawgroup.com<br>*Counsel for Lynton Lotzin* | Patrick A. Clisham<br>Michael P. Rolland<br>ENGELMAN BERGER P.C.<br>3636 N. Central Ave., Ste. 700<br>Phoenix, AZ 85012<br>pac@eblawyers.com<br>mpr@eblawyers.com<br>*Attorneys for USBC Real Estate, LLC* |
| Amber K. Kauffman<br>Idaho Office Of The Attorney General<br>PO BOX 36<br>Boise, ID 83722<br>Fax: 208-364-7387<br>*Counsel for Idaho State Tax Commission* | George U. Winney<br>GAMMAGE & BURNHAM<br>Two N. Central Ave., 15th Floor<br>Phoenix, AZ 85004<br>gwinney@gblaw.com<br>*Attorneys for 40th Street Developers, LLC and E. N. Richmond Trust* |
| Benjamin William Reeves<br>Emily Gildar Wagner<br>SNELL & WILMER LLP<br>One Arizona Center<br>400 E Van Buren St<br>Phoenix, AZ 85004-2202<br>breeves@swlaw.com<br>ewagner@swlaw.com<br>*Counsel for Official Committee of Unsecured Creditors* | Susan M. Freeman<br>Nicholas Bauman<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>201 E. Washington St., Ste. 1200<br>Phoenix, AZ 85004<br>sfreeman@lrrc.com<br>nbauman@lrrc.com<br>*Attorneys for University Village Limited Partnership* |

| | |
|---|---|
| Jason Sherman<br>JANEWAY LAW FIRM LLC<br>3636 N. Central Ave., Ste. 400<br>Phoenix, AZ 85012-2582<br>jsherman@janewaylaw.com<br>*Counsel for Citizens Bank* | Dina L. Yunker<br>Assistant Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>Fax: (206) 587-5150<br>*Attorneys for the State of Washington* |
| Brian N. Spector<br>SCHNEIDER & ONOFRY, P.C.<br>365 E. Coronado Road<br>Phoenix, AZ 85004<br>bspector@soarizonalaw.com<br>*Counsel for John Paul Blakely* | Kathryn Ore<br>PIMA COUNTY ATTORNEY'S OFFICE,<br>CIVIL DIVISION<br>32 N. Stone Ave., Ste. 2100<br>Tucson, Arizona 85701<br>kathryn.ore@pcao.pima.gov<br>pcaocvbk@pcao.pima.gov<br>*Attorneys for Pima County* |
| Michael Scott Steck<br>STECK LAW PLLC DBA CLARIOR LAW<br>1173 South 250 West #206<br>St. George, UT 84770<br>Michael@clariorlaw.com<br>*Counsel for Steven Down* | Weltman, Weinbert & Reis<br>3705 Marlane Drive<br>Grove City, OH 43123<br>AZNotices@logs.com<br>*Attorneys for Citizens Bank, N.A.* |
| Bannock Block 44, LLC<br>c/o Baum Development LLC<br>1030 W. Chicago Ave., Suite 300<br>Chicago, IL 60642<br>*Landlord Store No. 1* | Neuman C. Petty, Manager<br>Nupetco Associates, LLC<br>2001 Windsor Street<br>Salt Lake City, UT 84105<br>*Store No. 5* |
| Watermark Property Management, LLC<br>1030 W. Chicago Ave., Suite 300<br>Chicago, IL 60642<br>*Store No. 1* | Wayne G. Petty<br>Prince, Yeates & Geldzahler<br>15 West South Temple #1700<br>Salt Lake City, UT 84101<br>*Store No. 5* |
| RBF Properties, LLC<br>Attn: Mark Fjeldsted<br>129 North Main Street<br>Logan, UT 84321<br>*Landlord Store No. 2* | BS Property, LLC<br>Attn: Russ Taylor<br>1535 Wasatch Drive<br>Salt Lake City, UT 84108<br>*Landlord Store No. 6* |
| 2214 Washington, LLC<br>2444 Washington Blvd.<br>Ogden, UT 84401<br>*Landlord Store No. 3* | BS Property, LLC<br>Attn: Rocky Taylor<br>2015 Laird Drive<br>Salt Lake City, UT 84108<br>*Landlord Store No. 6* |

///

///

///

| | |
|---|---|
| Fourth East Properties, LLC<br>1831 S. Connor St.<br>Salt Lake City, UT 84108<br>*Landlord Store No. 4* | BS Property, LLC<br>c/o Scott B. Cohen<br>Engelman Berger, P.C.<br>3636 N. Central Ave., Ste. 700<br>Phoenix, AZ 85012<br>sbc@eblawyers.com<br>*Landlord Store No. 6* |
| DRMH, LLC<br>PO Box 65727<br>Salt Lake City, UT 84165<br>*Landlord Store No. 5* | Day Dairy Village Shoppes<br>Holdings, LLC<br>595 South Riverwoods Pkwy<br>Logan, UT 84321<br>*Landlord Store No. 7* |

To be noticed by the Bankruptcy Noticing Center to all parties on the Master Mailing List

*/s/ Monica J. Baca*