UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Even Stevens Sandwiches, LLC, et al.,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:19-bk-03236-DPC<br><br>**ORDER GRANTING MOTION FOR APPROVAL OF AMENDMENT TO ASSET PURCHASE AGREEMENT** |

Based upon the *Motion for Approval of Amendment to Asset Purchase Agreement* (the "Motion") (Doc 832), filed by Dina L. Anderson, Chapter 7 Trustee herein (the "Trustee"), requesting, the approval of the Seventh Amendment to Asset Purchase Agreement ("Seventh Amendment") between the Trustee and the Purchaser, with no objections being received and further good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. Granting the Motion and approving the Seventh Amendment;

2. The Closing Date[1] of the Asset Purchase Agreement between the Trustee and Even Stevens Acquisition Partners, LLC is deemed to have occurred on February 15, 2022;

---

[1] Capitalized Terms not otherwise defined in this Order retain the definition given to them in the Sale Order at DKT 774.

3. The Bankruptcy Estate's interest in Net Cash on Hand increases from 75% to 100% . The Net Cash on Hand shall be paid by Even Stevens Acquisition Partners, LLC to the Trustee as follows: $266,978 no later than one Business Day after the entry of this Order; $52,012 no later than ten (10) Business Days after the entry of this Order; and $106,330 (subject to any adjustment under Section 2.3(d) of the Purchase Agreement) no later than thirty (30) days after entry this Order.

4. The Trustee is authorized to apply the $600,000 of Deposits, the $450,000 in prior Purchase Price payments, and all future payments received from Even Stevens Acquisition Partners, LLC against the Purchase Price and utilize such funds in accordance with the priority scheme of the Bankruptcy Code, subject to the Order of this Court.

5. To secure Even Stevens Acquisition Partners, LLC's obligations to pay the balance of the Purchase Price and other obligations, Even Stevens Acquisition Partners, LLC will provide the Trustee a promissory note in the amount of $1,950,000 secured by substantially all of Purchaser's assets and personally guaranteed by Brooks Pickering.

6. Even Stevens Acquisition Partners, LLC's shall pay the Trustee all interest payments and the Note Monitoring Fee of $3,000 per month under the terms of the Promissory Note; and

7. Even Stevens Acquisition Partners, LLC's will cause the 2021 tax returns for the Debtors to be prepared and completed and will cause an application for the Employee Retention Tax Credit to be completed and submitted for the benefit of the estates

**DATED AND SIGNED ABOVE.**

| 1 | |
|---|---|
| 2 | |
| 3 | Approved as to form and content: |
| 4 | **PERKINS COIE LLP** **GUTILLA MURPHY ANDERSON, P.C** |
| 5 | By: */s/ Bradley A. Cosman w/permission*    By: */s/ Ryan W. Anderson* |

Bradley A. Cosman  Ryan W. Anderson
*Counsel to Even Stevens Acquisition Partners, LLC*  *Counsel to Chapter 7 Trustee Dina L. Anderson*