**BURCH & CRACCHIOLO, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 1700
PHOENIX, AZ 85004
TELEPHONE 602.274.7611

Ryan W. Anderson (Ariz. No. 020974)
Myles M. Lewallen (Ariz. No. 039576)
Email: randerson@bcattorneys.com
Email: mlewallen@bcattorneys.com
*Attorneys for Dina L. Anderson, the Chapter 7 Trustee*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re:<br><br>Even Stevens Sandwiches, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:19-bk-03236-DPC<br><br>**TRUSTEE'S MOTION FOR APPROVAL OF SALE OF ESTATE PROPERTY AT AUCTION**<br><br>**Re:** **(1) Default Judgment Against Jeanne Bayless and John Doe Bayless, Dated 05/10/2022; and**<br><br>**(2) Default Judgment Against Even Stevens Acquisition Partners, LLC, Even Stevens Operations, LLC, Headwaters Concepts, LLC, Brooks Pickering and Jane Doe Pickering Dated 03/25/2024** |
|---|---|

Dina L. Anderson, Chapter 7 Trustee herein ("Trustee"), pursuant to 11 U.S.C. §§ 363(b)(1), 105(a) and 102(1), Rules 6004(c), 9013 and 9014, Fed. R. Bankr. P., and LR 6004-1, respectfully requests an order of this Court approving the sale of (1) Default Judgment Against Jeanne Bayless and John Doe Bayless, Dated 05/10/2022; and (2) Default Judgment Against Even Stevens Acquisition Partners, LLC, Even Stevens Operations, LLC, Headwaters Concepts, LLC, Brooks Pickering and Jane Doe Pickering

Dated 03/25/2024 (collectively, the "Judgments" or "Property") at an online auction through The Auction Yard, LLC dba Auction AZ to the highest and best bidder, subject to the terms and conditions set forth, *infra*. The grounds supporting the Trustee's motion is as follows:

## I. Property to be Sold

### A. The Bayless Judgment

1. Even Stevens Sandwiches, LLC, the debtor herein ("Debtor"), filed a Voluntary Chapter 11 Petition on March 21, 2019. On May 6, 2021, the case was converted to one under Chapter 7. Dina L. Anderson is the duly appointed Chapter 7 Trustee herein.

2. Prior to the conversion to Chapter 7 and the Trustee's appointment, The Official Committee of Unsecured Creditors filed a Complaint against Jeanne Bayless, et al., on March 18, 2021, in Adversary Case No. 2:21-ap-00068-DPC (the "Bayless Adversary").

3. On June 9, 2021, the Court ordered the substitution of the Trustee for The Official Committee of Unsecured Creditors in the Bayless Adversary.

4. After Jeanne Bayless failed to answer the Complaint and the Trustee having filed a *Motion for Entry of Default*, the Court entered the *Default Judgment Against Jeanne Bayless and John Doe Bayless* on May 10, 2022 (the "Bayless Judgment") [Bayless Adversary Doc 51].

5. The Bayless Judgment awards damages to the Plaintiff/Trustee in the principal amount of $100,000.00, plus (1) pre-judgment interest at the maximum legal rate pursuant to 28 U.S.C. § 1961 from the earliest date allowed by law until date of the Bayless Judgment, and (2) post-judgment interest at the maximum legal rate pursuant to 28 U.S.C. § 1961 from the date of Bayless Judgment until paid in full.

6. The Trustee has undertaken efforts to garnish under the Bayless Judgment and has obtained an *Order of Continuing Lien* against Mortenson Dental Partners and a Writ of Garnishment has been entered against Hendrick Health Network.

B. <u>**The Pickering Judgment**</u>

7. On December 4, 2023, Trustee filed a Complaint against Even Stevens Acquisition Partners, LLC, Even Stevens Operations, LLC, Headwaters Concepts, LLC, Brooks Pickering and Jane Doe Pickering (collectively, "Defendants Pickering") in Adversary Case No. 2:23-ap-00239-DPC (the "Pickering Adversary").

8. After Defendants Pickering failed to answer the Complaint and the Trustee having filed a *Motion for Entry of Default*, the Court entered the *Default Judgment Against Even Stevens Acquisition Partners, LLC, Even Stevens Operations, LLC, Headwaters Concepts, LLC, Brooks Pickering and Jane Doe Pickering* on March 26, 2024 (the "Pickering Judgment") [Pickering Adversary Doc 12].

9. The Pickering Judgment awards damages to the Plaintiff/Trustee in the principal amount of $1,942,344.90 and interest in the amount of 347,907.35, which totals $2,290,252.25, jointly and severally against Defendants Pickering.

10. The Pickering Judgment further awards the Plaintiff/Trustee (1) pre-judgment interest at the agreed upon contract rate of 20% from October 20, 2023 (the last date of the interest calculation prior to filing the Complaint) through the date of the Pickering Judgment and (2) post-judgment interest at 4.94%, which is the post-judgment federal interest rate for the calendar week preceding the entry of the Pickering Judgment pursuant to 28 USC § 1961, from the date of the Pickering Judgment until paid in full.

II. **Sale of Property**

10. On December 1, 2025, the Court entered an order ("Order") authorizing

the employment of The Auction Yard, LLC dba Auction AZ ("Auctioneer") for the purpose of conducting a liquidation of bankruptcy estate assets in this case [Doc 946].

11. Pursuant to the *Order Authorizing Employment of Auctioneer for Chapter 7 Trustee* [Doc 946], the Auctioneer will be paid a commission in an amount equal to ten (10%) of the gross proceeds of the auction sale, together with reasonable and necessary costs associated with such liquidation of estate assets, subject to further order of the Court.

12. Auction AZ is located at 7577 W Mountain View Rd, Peoria, AZ 85345. Its phone number is 602-412-3617. Its website for additional information and for online bidding is www.auctionaz.com.

### III. Notice to Creditors

13. Pursuant to Rules 6004(a), 2002(a)(2), (c)(1) and (k), Fed. R. Bankr. P., and LR 6004-1(b), a notice to creditors and interested parties regarding the sale of the Property at auction, to be conducted by Auctioneer on **January 14, 2026,** or the next regularly scheduled public auction held by Auctioneer thereafter, will be filed with the Court contemporaneously with the filing of this motion ("Notice"), and copies of the Notice also will be mailed to all persons listed in the List of Creditors for this case. The Notice provides creditors with all the terms and conditions of the sale of the Property, also set forth herein, including the date of sale.

14. The Notice provides contact information and the website address for Auctioneer, and information about the auction process together with the following terms and conditions of the auction:

- THE SALE OF THE ESTATE PROPERTY IS "AS IS / WHERE IS" WITH NO WARRANTIES OR REPRESENTATIONS;
- THE ESTATE PROPERTY WILL BE SOLD FOR CASH TO THE

HIGHEST BIDDER AT THE AUCTION SALE;

- THE FINAL SALE PRICE FOR THE ESTATE PROPERTY IS SUBJECT TO TRUSTEE'S APPROVAL;

- BUYER TO ASSUME ALL RISKS AND PERFORM ALL DUE DILIGENCE;

- SELLER WILL PROVIDE BUYER WITH A CERTIFIED COPY OF THE JUDGMENTS;

- SELLER WILL PROVIDE BUYER WITH AN ASSIGNMENT OF INTEREST IN THE JUDGEMENTS AND ANY ONGOING GARNISHMENTS;

- ANY FUNDS RECEIVED BY THE TRUSTEE AFTER THE SALE OF THE JUDGMENTS SHALL BE THE PROPERTY OF THE BUYER.

- ADDITIONAL APPLICABLE STANDARD AUCTION TERMS AND CONDITIONS ARE FOUND AT www.auctionaz.com;

- <u>ON-LINE BIDDING WILL OPEN</u> AT **5:00 P.M.** MOUNTAIN STANDARD TIME ON **JANUARY 7, 2026**. THE TIME AND DATE OF COMMENCEMENT OF ON-LINE BIDDING IS SUBJECT TO ANY CHANGES POSTED AT THE WEBSITE www.auctionaz.com;

- <u>ON-LINE BIDDING WILL CLOSE</u> AND THE ESTATE PROPERTY WILL BE SOLD THROUGH THIS PUBLIC AUCTION ON **JANUARY 14, 2026**, BEGINNING AT NOON (12:00 P.M. MOUNTAIN STANDARD TIME);

- A REFUNDABLE $200.00 BIDDER DEPOSIT IS REQUIRED, PAYABLE BY CREDIT CARD, USING THE ON-LINE BIDDING SYSTEM AT www.auctionaz.com;

- BUYER MUST PAY IN FULL IN THE FORM OF CASH OR CASHIER'S CHECK ONLY, NO LATER THAN 2:00 P.M. MOUNTAIN STANDARD TIME ON THE SECOND BUSINESS DAY FOLLOWING THE AUCTION;

- BUYER MUST PAY ANY APPLICABLE SALES TAX;

- THE TRUSTEE DID NOT OBTAIN AN APPRAISAL OF THE ESTATE PROPERTY;

- NO STAY RELIEF MOTIONS WERE FILED IN CONNECTION WITH THE ESTATE PROPERTY; and

- THE SALE OF THE ESTATE PROPERTY IS SUBJECT TO ENTRY OF AN ORDER APPROVING THIS MOTION.

### Request for Authority to Sell the Judgments

15. The Trustee requests the Court to authorize the Trustee to sell the Judgments to the highest and best bidder at the auction conducted by Auctioneer, subject to the terms and conditions addressed herein. The winning bidder approved by the Trustee will be referred to herein as the "Buyer."

16. The Trustee believes that the highest and best bid offered for the Judgments will establish the fair market value of that item, and acceptance of the highest and best bid by the Trustee, subject to the terms and conditions set forth, *supra*, is in the best interest of the bankruptcy estate. The Buyer shall pay to Auctioneer the purchase price established through the bidding process, and any taxes; thereafter, Auctioneer shall transfer the sale proceeds to the Trustee, less any requisite taxes to be remitted to an appropriate governmental authority by Auctioneer.

**IV.	Terms and Conditions for the Sale of the Judgments**

The terms and conditions for the sale of the Judgments are set forth, *supra*.

### Request for Waiver of Stay of Rule 6004(h)

The Trustee requests that the fourteen (14) day stay, under Rule 6004(h), Fed. R. Bankr. P. be waived.

**V.	Conclusion**

WHEREFORE, Trustee respectfully requests an order of this Court:

1. Granting this Motion;

2. Approving the sale of the Judgments to one or more Buyers based upon the conditions set forth, *supra*, and as further set forth in the Notice, and for any other relief requested herein;

3. Authorizing the Trustee to sell the Judgments to the highest bidder(s) at an

online auction conducted by Auctioneer;

4. Approving all other conditions of the sale of the Judgments, as set forth in this motion;

5. Holding that the sale of the Judgments shall be "AS IS"/ "WHERE IS" with no warranties or representations whatsoever;

6. Holding that the sale of the Judgments, under the terms and conditions of this motion, and as further reflected in the Notice to Creditors and Interested Parties of Trustee's Motion for Approval of Sale, is in the best interest of the Debtor's bankruptcy estate;

7. Waiving the 14-day stay pursuant to Bankruptcy Rule 6004(h), Fed. R. Bankr. P.;

8. Holding that sale of the Judgments is in good faith within the meaning of 11 U.S.C. § 363(m); and

9. For such other and further relief as is just and proper.

Respectfully submitted this 8th day of December, 2025.

BURCH & CRACCHIOLO, P.A.

*/s/ Ryan W. Anderson*
Ryan W. Anderson
Attorneys for the Trustee

Copy of the foregoing mailed
(or emailed where indicated)
on December 8, 2025, to:

Even Stevens Sandwiches, LLC
2030 S. 900 E. Suite A
Salt Lake City, UT 84105-3280
*Debtor Pro Se*

Bradley A. Cosman
Benjamin C. Calleros
Perkins COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012
bcosman@perkinscoie.com*
bcalleros@perkinscoie.com*
*Counsel to Even Stevens Acquisition Partners, LLC*

Brooks Pickering
2001 Amber Stone Ct.
Las Vegas, NV 89134
bpickering@driveequitypartners.com*

Even Stevens Acquisition Partners LLC
746 E. Winchester St., Ste. G20
Murray, UT 84107-8510

Even Stevens Operations LLC
301 SE 2nd Ave
Portland, OR 97214-1028

Headwaters Concepts LLC
301 SE 2nd Ave
Portland, OR 97214-1028

Jeanne Bayless
250 Beltway N
Abilene, TX 79601

Attn: Ally Financial Department
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
ecfnotices@ascensioncapitalgroup.com*
*Creditor*

Steven Down
1656 Seacrest Ln
Coupeville, WA 98239
*Pro Se*

| | |
|---|---|
| 1 | Alan C. Hochheiser |
| | Maurice Wutscher LLP |
| 2 | 2000 Auburn Drive, Suite 200 |
| | One Chagrin Highlands |
| 3 | Beachwood, OH 44122 |
| 4 | ahochheiser@mauricewutscher.com* |
| | *Attorneys for AmTrust North America, Inc.* |
| 5 | |
| 6 | Janel M. Glynn |
| | The Burgess Law Group |
| 7 | 3131 E. Camelback Road, Suite 224 |
| | Phoenix, AZ 85016 |
| 8 | janel.glynn@gknet.com* |
| 9 | *Attorneys for Examiner Lynton Kotzin* |
| 10 | Jason P. Sherman |
| | Shapiro, Van Ess & Sherman, LLP |
| 11 | File 18-026682 WWR |
| 12 | 3636 N. Central Avenue, Suite #400 |
| | Phoenix, AZ 85012 |
| 13 | jsherman@janewaylaw.com* |
| 14 | *Attorneys for Citizens Bank, N.A.* |
| 15 | James B. Ball |
| | Ball, Santin & Mcleran, P.L.C. |
| 16 | 2999 North 44th Street, Suite 500 |
| 17 | Phoenix, AZ 85018 |
| | ball@bsmplc.com* |
| 18 | *Attorneys for Santander Consumer USA Inc. dba ...* |
| 19 | |
| 20 | Harold Campbell |
| | Harold E. Campbell, P.C. |
| 21 | 910 W. McDowell Road, Suite 1 |
| | Phoenix, AZ 85007 |
| 22 | heciii@haroldcampbell.com* |
| | *Attorney for Take 2 LLC and John Quinn* |
| 23 | |
| 24 | Patrick F. Keery |
| | Keery McCue, PLLC |
| 25 | 6803 E. Main Street, Suite 1116 |
| | Scottsdale, AZ 85251 |
| 26 | pfk@keerymccue.com* |
| 27 | *Attorneys for 2214 Washington LLC* |
| 28 | |

| | |
|---|---|
| 1 | Matthew A. Silverman |
| | Office of the Attorney General |
| 2 | 2005 North Central Avenue |
| | Phoenix, AZ 85004-1592 |
| 3 | *Attorney for the State of Arizona ex rel AZDOR* |
| 4 | |
| | John S. Craiger |
| 5 | Polsinelli PC |
| | One E. Washington Street, Suite 1200 |
| 6 | Phoenix, AZ 85004 |
| 7 | *Attorneys for Lynton Kotzin, Examiner* |
| 8 | |
| | Janet M. Spears |
| 9 | Aldridge Pite, LLP |
| | 4375 Jutland Drive, Suite 200 |
| 10 | P. O. Box 17933 |
| | San Diego, CA 92177-0933 |
| 11 | *Attorneys for WFB, dba Wells Fargo Auto* |
| 12 | |
| | Aaron M. Waite |
| 13 | Utah Attorney General |
| | 160 E. 300 S, 5th Floor |
| 14 | P.O. Box 140874 |
| 15 | Salt Lake City, UT 84114-0874 |
| | aaronmwaite@agutah.gov* |
| 16 | *Utah State Tax Commission* |
| 17 | |
| | Benjamin W. Reeves |
| 18 | Emily G. Wagner |
| | Snell & Wilmer, L.L.P. |
| 19 | 1 East Washington Street, Suite 2700 |
| 20 | Phoenix, AZ 85004 |
| | breeves@swlaw.com* |
| 21 | ewagner@swlaw.com* |
| 22 | *Former Counsel to the Official Committee of* |
| | *Unsecured Creditors* |
| 23 | |
| 24 | Jennifer A. Giaimo |
| | Office of the United States Trustee |
| 25 | 230 N. First Ave., Suite 204 |
| | Phoenix, AZ 85003-1706 |
| 26 | Jennifer.A.Giaimo@usdoj.gov* |
| 27 | |
| 28 | /s/ *Kim Runyan* |